**C. Randall Clark, Ph.D.**
**2207 Heritage Drive**
**Opelika, AL 36804**

**Home**    **(334) 749-8138**
**Office**   **(334) 844-8326**
**Fax**     **(334) 844-8331**

June 16, 2005

Mr. Sydney Albert Smith
122 Cordelia Ave N
Elba, AL 36323-1914

Dear Mr. Smith:
This is to report the results of my analysis of the samples involving Mr. Laryee Earl
Jones. I received four plastic bags from Mr. Mark Odom on May 11, 2005. Each of the
four bags contained a small device made up of a metallic tube portion and a rubber-
tubing portion. I washed the metallic portion of these devices individually with HPLC
grade acetonitrile (an organic solvent of high purity) and did a gas chromatographic-mass
spectral analysis on each of the resulting solutions. The case numbers and other
identifying information and the results of each analysis are as follows:

> Sample1. Case # 2004-06-015, 04DH02237, Suspect-Laryee Earl Jones, Linda
> Jean Austen, Date of Recovery-6/22/2004. The solution obtained from washing
> the device is positive for cocaine.
> Sample 2. Case # DR-00474, 02DH02415, Suspect-Laryee Earl Jones, Date of
> Recovery-9/17/2002. The solution obtained from washing the device is positive
> for cocaine.
> Sample 3. Case # DR-00504, 03DH01861, Suspect-Laryee E Jones, Date of
> Recovery-6/11/2003. The solution obtained from washing the device is positive
> for cocaine.
> Sample 4. Case # 2003-05-009, 03DH01766, Suspect-Larryie Earl Jones, Date of
> Recovery-5/14/2003. The solution obtained from washing the device is positive
> for cocaine.

The solutions of cocaine obtained in the course of these analyses have been destroyed.
The plastic bags of evidence will be returned to Mr. Mark Odom or other appropriate
official. If you have any questions concerning this information please contact me.

Sincerely,

*C Randall Clark*

C. Randall Clark, Ph. D.