1

IN FORMA PAUPERIS DECLARATION
UNITED STATES MIDDLE DISTRICT COURT

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

RECEIVED 2005 JUL 29 A 9:29

LARYIE EARL JONES
(PETITIONER)
V.
ANTHONY CLARK
(RESPONDENT(S))

2:05cv701-F

I, LARYIE EARL JONES, declare that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes ☐ No ☒

   A. If the answer is "Yes" state the amount of your salary or wages per month, and give the name and address of your employer.

   B. If the answer is "No" state the date of last employment and the amount of the salary and

WAGES PER MONTH WHICH YOU RECEIVED.
JUNE 2001 $800.00 MONTHLY
_____

2. HAVE YOU RECEIVED WITHIN THE PAST TWELVE MONTHS ANY MONEY FROM ANY OF THE FOLLOWING SOURCES?
YES ☐   NO ☒

A. BUSINESS, PROFESSION OR FORM OF SELF-EMPLOYMENT?
YES ☐   NO ☒

B. RENT PAYMENTS, INTEREST OR DIVIDENDS?
YES ☐   NO ☒

C. PENSIONS, ANNUITIES OR LIFE INSURANCE PAYMENTS?
YES ☐   NO ☒

D. GIFTS OR INHERITANCES?
YES ☐   NO ☒

E. ANY OTHER SOURCES?
YES ☐   NO ☒

3. DO YOU OWN CASH, OR DO YOU HAVE MONEY IN A CHECKING OR SAVINGS ACCOUNT?
YES ☐   NO ☒   (INCLUDE ANY FUNDS IN PRISON ACCOUNTS)
IF THE ANSWER IS "YES" STATE THE TOTAL VALUE OF THE ITEMS OWNED. _____

4. DO YOU OWN ANY REAL ESTATE, STOCKS, BONDS, NOTES, AUTOMOBILES, OR OTHER VALUABLE PROPERTY

3

(EXCLUDING ORDINARY HOUSEHOLD FURNISHINGS AND CLOTHING)
YES ☐   NO ☒
IF THE ANSWER IS "YES" DESCRIBE THE PROPERTY AND STATE ITS APPROXIMATE VALUE. _____

5. List the PERSONS who ARE dependent UPON YOU FOR SUPPORT STATE YOUR RELATIONSHIP to those PERSONS, AND indicate HOW MUCH YOU CONTRIBUTE TOWARD THEIR SUPPORT.
LINDA AUSTIN COMLAW WIFE I CONTRIBUTE All I CAN.

I declare VERIFY UNDER PENALTY OF PERJURY that the FOREGOING is TRUE AND CORRECT. EXECUTED ON _____
                                         (dATE)
                            _____
                            Signature of Petitioner

4

# CERTIFICATE

I HEREBY CERTIFY that the Petitioner HEREIN has the sum of $-0- ON Account to his Credit At the Covington County Jail institution where he is Confined. I further Certify that Petitioner Likewise has the following securities to his Credit According to the Records of said Covington County Jail institution

-0-

7-28-05
DATE

Lt. Dorena Nelson
Authorized officer of Institution