IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LARYIE EARL JONES | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-701-F |
| ANTHONY CLARK, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), IS GRANTED.

Done, this 1st day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE