IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LARYIE EARL JONES                    *

    Petitioner,                     *

v.                                   * CIVIL ACTION NO. 2:05-CV-701-F

ANTHONY CLARK, *et al.*,              *

    Respondents.                    *

_____

**O R D E R**

For good cause, it is

ORDERED that the court's August 1, 2005 order of procedure (Doc. No. 4) be and is hereby WITHDRAWN.

The Clerk of Court is DIRECTED to send a copy of this order to Warden Terrance McDonnell and the Attorney General for the State of Alabama.

Done, this 2nd day of August, 2005.

                    /s/ Delores R. Boyd
                    DELORES R. BOYD
                    UNITED STATES MAGISTRATE JUDGE