| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Taylor*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 8/8/05<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Hon. Troy King<br>Attorney General for the<br>State of Alabama<br>11 South Union Street<br>Montgomery, AL 36130 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2:05CV701 (pet + order 20 cts)<br>2. Article Number<br>(Transfer from service label)   7004 2510 0001 0150 7225 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

Handwritten at top: *Jones*