Jones

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sheriff Anthony Clark
    Covington County Jail
    290 Hillcrest Drive
    Andalusia, AL 36420

2:05CV701 (pet + order 2005)

2. Article Number (Transfer from service label)

    7004 2510 0001 0150 7218

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Debbie Cook    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Debbie Cook

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes