IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LARYIE EARL JONES | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-701-F |
| ANTHONY CLARK, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's August 30, 2005 Motion to Amend, and for good cause, the court concludes that the motion shall be granted.

Accordingly, it is ORDERED that:

1. The Motion to Amend Petition (Doc. No. 9), is GRANTED;

2. Within twenty (20) days of service of this order Respondents FILE an answer addressing the claims raised in the petition, as amended, in accordance with the directives contained in the court's August 2, 2005 order of procedure.

Done this 7th day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE