```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL             PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS -------------------|  OPE
---------------------------------------------------------------------------
      02142003 1336 TEXT INDICTMENT                                        CAG
      05142003 1336 TEXT WARRANT OF ARREST RET'D                           CAG
      06132003 1550 TEXT MOTION FOR REVOCATION OF RELEASE ON BOND          ROP
      06132003 1550 TEXT ORDER; THAT THE DEFENDANT BE FORTHWITH TAKEN      ROP
      06132003 1550 TEXT INTO CUSTODY; EXECUTED ON: 6-24-03                ROP
      06182003 1025 REDT DEFENDANT RELEASED FROM JAIL: 06/03/2003  (AR01)  DED
      10072003 1312 TEXT ORDER SETTING APPOINTMENT OF COUNSEL ON 10-20-03  ROP
      10072003 1312 TEXT AT 9;00 A.M.                                      ROP
      10072003 1312 DAT1 SET FOR: APPOINTMENT OF COU ON 10/20/2003 AT 0900A ROP
      10202003 1632 TEXT ORDER APPOINTING LARRY GRISSETT                   ROP
      10202003 1632 TEXT ORDER; DEFENDANT ARRAIGNED IN OPEN COURT AND PLEAD ROP
      10202003 1632 TEXT NOT GUILTY BY REASON OF MENTAL DISEASE OR DEFECT  ROP
      10202003 1632 TEXT ORDER; STATE'S MOTION FOR REVOCATION OF RELEASE   ROP
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE FILE     ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```



EXHIBIT
H

Case 2:05-cv-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 2 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00     TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA    VS   JONES LARYIE EARL              PC PRNTR: N
--------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
--------------------------------------------------------------------------------
      10202003 1632 TEXT ON BOND IS WITHDRAWN BY THE PROSECUTOR AND SAME IS ROP
      10202003 1632 TEXT ACCORDINGLY OVERRULED AND DENIED                    ROP
      10202003 1634 ATY1 ATTORNEY FOR DEFENDANT: GRISSETT LARRY R    (AR10) ROP
      10282003 0914 TEXT CONSOLIDATED APPEARANCE BOND                        ROP
      10282003 1416 TEXT ORDER OF RELEASE FROM JAIL                          ROP
      10302003 1355 TEXT REQUEST FOR DISCOVERY                               ROP
      10302003 1355 TEXT ANSWER TO MOTION FOR DISCOVERY                      ROP
      10302003 1355 TEXT MOTION TO CONSOLIDATE CHARGES FOR TRIAL AND MOTION ROP
      10302003 1355 TEXT FOR HEARING ON THE ISSUE                            ROP
      10302003 1400 TEXT MOTION FOR REVOCATION OF RELEASE ON BOND            ROP
      10302003 1540 SERV PARTY W001 SERVED DATE:         TYPE:    (AW21) PAH
      10302003 1540 SUBP WITNESS SUBPOENA ISSUED TO W001 PHILLIP JOYNER      PAH
      10302003 1540 SERV PARTY W002 SERVED DATE:         TYPE:    (AW21) PAH
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM   Document 11-9   Filed 09/22/2005   Page 3 of 35

```
Session   PASSPORT                                        September 03, 2005, 14:42:20

OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL             PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |-------------------- COMMENTS ------------------| OPE
-------------------------------------------------------------------------------
      10302003 1540 SUBP WITNESS SUBPOENA ISSUED TO W002 KEVIN CHANCE (AW21) PAH
      10302003 1541 PRTY PARTY ADDED   W004   BROCK GWALTNEY          (AW21) PAH
      10302003 1541 PRTY PARTY ADDED   W005   MARK ODOM              (AW21) PAH
      10302003 1541 PRTY PARTY ADDED   W006   VAUGHN BARRON          (AW21) PAH
      10302003 1541 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON (AW21) PAH
      10302003 1541 SUBP WITNESS SUBPOENA ISSUED TO W004 BROCK GWALTNEY      PAH
      10302003 1542 SUBP WITNESS SUBPOENA ISSUED TO W005 MARK ODOM    (AW21) PAH
      10302003 1542 SUBP WITNESS SUBPOENA ISSUED TO W006 VAUGHN BARRON       PAH
      10302003 1556 ISSD PARTY W003 ISSUED DATE:            TYPE:   (AW21) PAH
      10312003 1355 TEXT ORDER SETTING HEARING 12-16-03 AT 9:00 A.M.         ROP
      10312003 1400 TEXT ORDER; THAT THE DEFENDANT BE FORTHWITH ARRESTED     ROP
      10312003 1400 TEXT EXECUTED ON: 11/21/03                               PAH
      10312003 1400 DAT2 SET FOR: MOT CONSOLIDATE ON 12/16/2003 AT 0900A     ROP
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL                  PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      10312003 1400 WARR "B" WARRANT ISSUED ON: 10/31/2003           (AR10) ROP
      11032003 1514 SERV PARTY W005 SERVED DATE: 10312003  TYPE: SERVED PER AML
      11062003 1539 PAD1 PARTY W002 ADD1 CHANGED FROM: DTF           (AW21) AML
      11062003 1539 SERV PARTY W002 SERVED DATE: 11032003  TYPE: SERVED PER AML
      11062003 1539 PZCS PARTY W002 ZCS CHANGED FROM: 36420 0000 ANDALUSIA AML
      11062003 1539 SERV PARTY W004 SERVED DATE: 11032003  TYPE: SERVED PER AML
      11062003 1539 SERV PARTY W001 SERVED DATE: 11032003  TYPE: SERVED PER AML
      11072003 1438 SERV PARTY W006 SERVED DATE: 11042003  TYPE: SERVED PER AML
      11122003 1133 TEXT MOTION FOR DISCOVERY BY DEFENDANT                  ROP
      11182003 0914 REDT DEFENDANT RELEASED FROM JAIL: 10/28/2003    (AR01) ROP
      11242003 1511 TEXT ORDER ALLOWING LARRY GRISSETT TO WITHDRAW AND      ROP
      11242003 1511 TEXT APPOINTING GRADY LANIER                            ROP
      11242003 1511 TEXT ORDER REVOKING BOND; BONDSMEN EXONERATED           ROP
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Session    PASSPORT                                              September 09, 2005, 14:42:22

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL                PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
------------------------------------------------------------------------------
     11242003 1528 ATY1 ATTORNEY FOR DEFENDANT: LANIER GRADY O III   (AR10) ROP
     11252003 0918 WARR WARRANT LOCATION IS: H ON: 11/25/2003         (AR10) ROP
     11262003 1521 TEXT MOTION TO WITHDRAW AS ATTORNEY--GRANTED 12-1-03     ROP
     11262003 1521 TEXT MOTION TO WITHDRAW AS ATTORNEY--GRANTED 12-1-03     ROP
     12162003 0855 TEXT ORDER GRANTING MOTION TO CONSOLIDATE CHARGES        ROP
     01202004 1310 TEXT AMENDED ANSWER TO MOTION FOR DISCOVERY             ROP
     01202004 1546 DAT1 SET FOR: JURY TRIAL ON 02/23/2004 AT 0900A   (AR01) PAH
     01202004 1547 SERV PARTY W001 SERVED DATE:        TYPE:   (AW21) PAH
     01202004 1547 SUBP WITNESS SUBPOENA ISSUED TO W001 PHILLIP JOYNER      PAH
     01202004 1547 SERV PARTY W002 SERVED DATE:        TYPE:   (AW21) PAH
     01202004 1547 SUBP WITNESS SUBPOENA ISSUED TO W002 KEVIN CHANCE(AW21)  PAH
     01202004 1547 SERV PARTY W004 SERVED DATE:        TYPE:   (AW21) PAH
     01202004 1547 SUBP WITNESS SUBPOENA ISSUED TO W004 BROCK GWALTNEY      PAH
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM   Document 11-9   Filed 09/22/2005   Page 6 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL              PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS -------------------|  OPE
------------------------------------------------------------------------------
      01202004 1547 SERV PARTY W005 SERVED DATE:          TYPE:     (AW21) PAH
      01202004 1547 SUBP WITNESS SUBPOENA ISSUED TO W005 MARK ODOM   (AW21) PAH
      01202004 1547 SERV PARTY W006 SERVED DATE:          TYPE:     (AW21) PAH
      01202004 1547 SUBP WITNESS SUBPOENA ISSUED TO W006 VAUGHN BARRON      PAH
      01202004 1642 TEXT MOTION TO WITHDRAWAL OF PLEA                       ROP
      01212004 1649 TEXT ORDER THE DEFT HAS NOT ENTERED ANY GUILTY PLEA AND CAG
      01212004 1649 TEXT THIS MOTION IS HEREBY MOOT. /S/ MAM               CAG
      01272004 0833 SERV PARTY W005 SERVED DATE: 01222004  TYPE: SERVED PER AML
      01292004 0912 ATTH CAS ATTACHMENT PRINTED                    (AR08)  CAG
      01292004 1621 SERV PARTY W002 SERVED DATE: 01232004  TYPE: SERVED PER AML
      01292004 1622 SERV PARTY W004 SERVED DATE: 01232004  TYPE: SERVED PER AML
      01292004 1622 SERV PARTY W001 SERVED DATE: 01232004  TYPE: SERVED PER AML
      01302004 1010 SERV PARTY W006 SERVED DATE: 01272004  TYPE: SERVED PER AML
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL                PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|   OPE
-------------------------------------------------------------------------------
      02232004 1410 TEXT ORDER; TRIAL CONTINUED ON DEFENDANT'S MOTION        ROP
      05212004 0926 DAT1 SET FOR: JURY TRIAL ON 06/21/2004 AT 0900A  (AR10)  PAH
      05212004 1036 SERV PARTY W001 SERVED DATE:          TYPE:     (AW21)   PAH
      05212004 1036 SUBP WITNESS SUBPOENA ISSUED TO W001 PHILLIP JOYNER      PAH
      05212004 1036 SERV PARTY W002 SERVED DATE:          TYPE:     (AW21)   PAH
      05212004 1036 SUBP WITNESS SUBPOENA ISSUED TO W002 KEVIN CHANCE(AW21)  PAH
      05212004 1036 PAD1 PARTY W004 ADD1 CHANGED FROM: OPP PD        (AW21)  PAH
      05212004 1036 SERV PARTY W004 SERVED DATE:          TYPE:     (AW21)   PAH
      05212004 1036 SUBP WITNESS SUBPOENA ISSUED TO W004 BROCK GWALTNEY      PAH
      05212004 1036 SERV PARTY W005 SERVED DATE:          TYPE:     (AW21)   PAH
      05212004 1036 SUBP WITNESS SUBPOENA ISSUED TO W005 MARK ODOM  (AW21)   PAH
      05212004 1037 SERV PARTY W006 SERVED DATE:          TYPE:     (AW21)   PAH
      05212004 1037 SUBP WITNESS SUBPOENA ISSUED TO W006 VAUGHN BARRON       PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/22/2005     Page 8 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
----------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------| OPE
----------------------------------------------------------------------------
      05242004 1109 AWPR PHILLIP JOYNER DELETED  W001              (AW21) PAH
      05242004 1110 AWPR KEVIN CHANCE DELETED   W002               (AW21) PAH
      05242004 1110 AWPR GREG JACKSON DELETED   W003               (AW21) PAH
      05242004 1114 PRTY PARTY ADDED  W001   PHILLIP JOYNER        (AW21) PAH
      05242004 1114 ISSD PARTY W001 ISSUED DATE: 05212004  TYPE: SHERIFF  PAH
      05242004 1114 PRTY PARTY ADDED  W002   BROCK GWALTNEY        (AW21) PAH
      05242004 1114 ISSD PARTY W002 ISSUED DATE: 05212004  TYPE: SHERIFF  PAH
      05242004 1114 AWPR BROCK GWALTNEY DELETED  W004              (AW21) PAH
      05242004 1114 PRTY PARTY ADDED  W003   MARK ODOM             (AW21) PAH
      05242004 1114 ISSD PARTY W003 ISSUED DATE: 05212004  TYPE: SHERIFF  PAH
      05242004 1114 AWPR MARK ODOM DELETED   W005                  (AW21) PAH
      05242004 1115 PRTY PARTY ADDED  W004   VAUGHN BARRON         (AW21) PAH
      05242004 1115 ISSD PARTY W004 ISSUED DATE: 05212004  TYPE: SHERIFF  PAH
----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

Case 2:05-cv-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 9 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL                 PC PRNTR: N
-------------------------------------------------------------------------------
ACT    DATE    TIME CODE |------------------- COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
     05242004 1115 AWPR VAUGHN BARRON DELETED   W006             (AW21) PAH
     05242004 1117 PRTY PARTY ADDED   W005   KEVIN CHANCE        (AW21) PAH
     05242004 1117 ISSD PARTY W005 ISSUED DATE: 05212004   TYPE: SHERIFF   PAH
     05242004 1117 PRTY PARTY ADDED   W006   GREG JACKSON        (AW21) PAH
     05242004 1117 PRTY PARTY ADDED   W007   CHRIS INABINETT     (AW21) PAH
     05242004 1117 PRTY PARTY ADDED   W008   NICKEY CARNLEY      (AW21) PAH
     05242004 1117 PRTY PARTY ADDED   W009   BRETT HOLMES        (AW21) PAH
     05242004 1118 PRTY PARTY ADDED   W010   VAUGHN BARRON       (AW21) PAH
     05242004 1118 PRTY PARTY ADDED   W011   MIKE BENAK          (AW21) PAH
     05242004 1118 SUBP WITNESS SUBPOENA ISSUED TO W006 GREG JACKSON(AW21) PAH
     05242004 1118 SUBP WITNESS SUBPOENA ISSUED TO W007 CHRIS INABINETT    PAH
     05242004 1118 SUBP WITNESS SUBPOENA ISSUED TO W008 NICKEY CARNLEY     PAH
     05242004 1118 SUBP WITNESS SUBPOENA ISSUED TO W009 BRETT HOLMES(AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF         24=HLP
```

Session  PASSPORT                                    September 22, 2005;  14:42:28
Case 2:05-cv-00701-MEF-TFM    Document 11-9    Filed 09/22/2005   Page 10 of 35

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL           PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
---------------------------------------------------------------------------
     05242004 1118 SUBP WITNESS SUBPOENA ISSUED TO W010 VAUGHN BARRON       PAH
     05242004 1118 SUBP WITNESS SUBPOENA ISSUED TO W011 MIKE BENAK  (AW21)  PAH
     05242004 1119 FESH FEE SHEET PRINTED                          (AR08)  PAH
     06012004 0816 SERV PARTY W001 SERVED DATE: 05242004   TYPE: SERVED PER AML
     06012004 0816 SERV PARTY W002 SERVED DATE: 05242004   TYPE: SERVED PER AML
     06012004 0818 SERV PARTY W009 SERVED DATE: 05252004   TYPE: SERVED PER AML
     06012004 0826 SERV PARTY W007 SERVED DATE: 05252004   TYPE: SERVED PER AML
     06012004 0826 SERV PARTY W006 SERVED DATE: 05252004   TYPE: SERVED PER AML
     06032004 0808 SERV PARTY W004 SERVED DATE: 05242004   TYPE: NO SERVICE AML
     06032004 0812 SERV PARTY W008 SERVED DATE: 05262004   TYPE: SERVED PER AML
     06032004 0821 SERV PARTY W005 SERVED DATE: 05242004   TYPE: SERVED PER AML
     06092004 1030 SERV PARTY W011 SERVED DATE: 06032004   TYPE: SERVED PER AML
     06092004 1031 SERV PARTY W010 SERVED DATE: 06032004   TYPE: SERVED PER AML
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/22/2005     Page 11 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL              PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|   OPE
---------------------------------------------------------------------------
     06212004 0806 TEXT ANSWER TO MOTION FOR DISCOVERY                    ROP
     07232004 1050 DAT1 SET FOR: JURY TRIAL ON 09/20/2004 AT 0900A  (AR01) PAH
     07262004 1628 SERV PARTY W001 SERVED DATE:         TYPE:     (AW21) PAH
     07262004 1628 SUBP WITNESS SUBPOENA ISSUED TO W001 PHILLIP JOYNER     PAH
     07262004 1628 SERV PARTY W002 SERVED DATE:         TYPE:     (AW21) PAH
     07262004 1628 SUBP WITNESS SUBPOENA ISSUED TO W002 BROCK GWALTNEY     PAH
     07262004 1629 SUBP WITNESS SUBPOENA ISSUED TO W003 MARK ODOM   (AW21) PAH
     07262004 1629 SERV PARTY W004 SERVED DATE:         TYPE:     (AW21) PAH
     07262004 1629 SUBP WITNESS SUBPOENA ISSUED TO W004 VAUGHN BARRON      PAH
     07262004 1629 SERV PARTY W005 SERVED DATE:         TYPE:     (AW21) PAH
     07262004 1629 SUBP WITNESS SUBPOENA ISSUED TO W005 KEVIN CHANCE(AW21) PAH
     07262004 1629 SERV PARTY W006 SERVED DATE:         TYPE:     (AW21) PAH
     07262004 1629 SUBP WITNESS SUBPOENA ISSUED TO W006 GREG JACKSON(AW21) PAH
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 12 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL             PC PRNTR: N
----------------------------------------------------------------------------
ACT    DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
----------------------------------------------------------------------------
      07262004 1629 SERV PARTY W007 SERVED DATE:           TYPE:    (AW21) PAH
      07262004 1629 SUBP WITNESS SUBPOENA ISSUED TO W007 CHRIS INABINETT    PAH
      07262004 1630 SERV PARTY W008 SERVED DATE:           TYPE:    (AW21) PAH
      07262004 1630 SUBP WITNESS SUBPOENA ISSUED TO W008 NICKEY CARNLEY     PAH
      07262004 1630 SERV PARTY W009 SERVED DATE:           TYPE:    (AW21) PAH
      07262004 1630 SUBP WITNESS SUBPOENA ISSUED TO W009 BRETT HOLMES(AW21) PAH
      07262004 1630 SERV PARTY W011 SERVED DATE:           TYPE:    (AW21) PAH
      07262004 1630 SUBP WITNESS SUBPOENA ISSUED TO W011 MIKE BENAK  (AW21) PAH
      07262004 1632 SERV PARTY W010 SERVED DATE:           TYPE:    (AW21) PAH
      07262004 1632 SUBP WITNESS SUBPOENA ISSUED TO W010 VAUGHN BARRON      PAH
      07262004 1633 ISSD PARTY W010 ISSUED DATE:           TYPE:    (AW21) PAH
      07262004 1633 PRTY PARTY ADDED   W012  JUNIOR ANDERSON        (AW21) PAH
      07262004 1633 PRTY PARTY ADDED   W013  MARK KYSER             (AW21) PAH
----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/23/2005     Page 13 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL              PC PRNTR: N
--------------------------------------------------------------------------------
ACT   DATE    TIME CODE  |------------------- COMMENTS ------------------|    OPE
--------------------------------------------------------------------------------
      07262004 1633 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON       PAH
      07262004 1634 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER  (AW21)    PAH
      08022004 0836 SERV PARTY W002 SERVED DATE: 07292004  TYPE: NO SERVICE    AML
      08032004 1518 SERV PARTY W003 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08032004 1520 SERV PARTY W009 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08032004 1527 SERV PARTY W006 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08032004 1530 SERV PARTY W007 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08042004 1539 SERV PARTY W013 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08042004 1543 SERV PARTY W012 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08042004 1543 SERV PARTY W008 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08042004 1543 SERV PARTY W005 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08042004 1544 SERV PARTY W001 SERVED DATE: 07282004  TYPE: SERVED PER    AML
      08092004 0830 SERV PARTY W004 SERVED DATE: 08022004  TYPE: SERVED PER    AML
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF         24=HLP
```

```
OC01          ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00   TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL              PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
---------------------------------------------------------------------------
      08092004 1011 ISSD PARTY W010 ISSUED DATE: 07262004   TYPE: SHERIFF      AML
      08092004 1011 SERV PARTY W010 SERVED DATE: 08032004   TYPE: SERVED PER AML
      08092004 1011 SERV PARTY W011 SERVED DATE: 08032004   TYPE: SERVED PER AML
      08202004 1155 TEXT DEMAND FOR RETRACTION                               ROP
      09032004 1421 AWPR PHILLIP JOYNER DELETED   W001            (AW21)     PAH
      09032004 1421 PAD1 PARTY W002 ADD1 CHANGED  FROM: 702 OLD ELBA ROAD    PAH
      09032004 1421 SERV PARTY W002 SERVED DATE:           TYPE:   (AW21)    PAH
      09032004 1421 SERV PARTY W003 SERVED DATE:           TYPE:   (AW21)    PAH
      09032004 1421 SUBP WITNESS SUBPOENA ISSUED TO W003 MARK ODOM   (AW21)  PAH
      09032004 1422 SERV PARTY W004 SERVED DATE:           TYPE:   (AW21)    PAH
      09032004 1422 SUBP WITNESS SUBPOENA ISSUED TO W004 VAUGHN BARRON       PAH
      09032004 1422 SERV PARTY W005 SERVED DATE:           TYPE:   (AW21)    PAH
      09032004 1422 SUBP WITNESS SUBPOENA ISSUED TO W005 KEVIN CHANCE(AW21)  PAH
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/23/2005     Page 15 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL           PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------- COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
      09032004 1427 PRTY PARTY ADDED  W014   PHILLIP JOINER          (AW21) PAH
      09032004 1427 ISSD PARTY W014 ISSUED DATE: 07262004   TYPE: SHERIFF  PAH
      09032004 1427 SUBP WITNESS SUBPOENA ISSUED TO W014 PHILLIP JOINER    PAH
      09242004 1115 TEXT ORDER ALLOWING GRADY LANIER TO WITHDRAW AND       ROP
      09242004 1115 TEXT APPOINTING GRADY LANIER UNLESS DEFT RETAINS       ROP
      09242004 1115 TEXT ATTORNEY WITHIN 30 DAYS                           ROP
      09242004 1116 ATY1 ATTORNEY FOR DEFENDANT: BAKER DAVID STUART  (AR10) ROP
      09272004 0807 TEXT MOTION FOR DISCOVERY                              ROP
      09272004 0807 TEXT MOTION TO DISMISS OR GRANT OTHER APPROPRIATE      ROP
      09272004 0807 TEXT RELIEF                                            ROP
      09292004 1645 TEXT MOTION FOR RECONSIDERATION FOR BOND BY THE COURT  CAG
      09292004 1646 TEXT DENIED 9-30-04                                    ROP
      10012004 1508 TEXT DISCOVERY PRODUCTION TO NEW COUNSEL               ROP
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

Session - PASSPORT    Case 2:05-cv-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 16 of 35    September 02, 2005, 14:42:35

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00   TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL              PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE    TIME CODE |-------------------- COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      10012004 1545 TEXT REQUEST FOR DISCOVERY FROM NEW COUNSEL          ROP
      10052004 1604 TEXT LETTER FROM DR. WILLIAMS - DENIED               PAH
      10182004 1527 TEXT MOTION FOR PROCEDURE FOR DETERMINATION OF       ROP
      10182004 1527 TEXT RELEASE CONDITIONS                              ROP
      10222004 1502 TEXT MOTION TO HAVE BAIL REDUCED                     ROP
      11032004 1324 TEXT MOTION FOR FAST AND SPEEDY TRIAL                ROP
      11052004 1138 TEXT MOTION TO SHOW GOOD CAUSE WHY THE INDICTMENT    ROP
      11052004 1138 TEXT SHOULD BE DISMISSED                             ROP
      11092004 1201 DAT1 SET FOR: JURY TRIAL ON 11/15/2004 AT 0900A  (AR01) PAH
      11092004 1202 SUBP WITNESS SUBPOENA ISSUED TO W003 MARK ODOM   (AW21) PAH
      11092004 1202 SUBP WITNESS SUBPOENA ISSUED TO W004 VAUGHN BARRON   PAH
      11092004 1203 SUBP WITNESS SUBPOENA ISSUED TO W005 KEVIN CHANCE(AW21) PAH
      11092004 1203 SERV PARTY W006 SERVED DATE:            TYPE:    (AW21) PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/22/2005     Page 17 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
-----------------------------------------------------------------------------
      11092004 1203 SUBP WITNESS SUBPOENA ISSUED TO W006 GREG JACKSON(AW21) PAH
      11092004 1203 SERV PARTY W007 SERVED DATE:        TYPE:     (AW21) PAH
      11092004 1203 SUBP WITNESS SUBPOENA ISSUED TO W007 CHRIS INABINETT    PAH
      11092004 1203 SERV PARTY W008 SERVED DATE:        TYPE:     (AW21) PAH
      11092004 1203 SUBP WITNESS SUBPOENA ISSUED TO W008 NICKEY CARNLEY     PAH
      11092004 1204 SERV PARTY W009 SERVED DATE:        TYPE:     (AW21) PAH
      11092004 1204 SUBP WITNESS SUBPOENA ISSUED TO W009 BRETT HOLMES(AW21) PAH
      11092004 1204 SERV PARTY W011 SERVED DATE:        TYPE:     (AW21) PAH
      11092004 1204 SUBP WITNESS SUBPOENA ISSUED TO W011 MIKE BENAK  (AW21) PAH
      11092004 1204 SERV PARTY W012 SERVED DATE:        TYPE:     (AW21) PAH
      11092004 1204 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON    PAH
      11092004 1204 SERV PARTY W013 SERVED DATE:        TYPE:     (AW21) PAH
      11092004 1204 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER  (AW21) PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/22/2005     Page 18 of 35

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL               PC PRNTR: N
-----------------------------------------------------------------------------
ACT  DATE   TIME CODE |-------------------- COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
     11092004 1205 SUBP WITNESS SUBPOENA ISSUED TO W014 PHILLIP JOINER     PAH
     11092004 1206 PRTY PARTY ADDED  W015  BROCK GWALTNEY, DPS      (AW21) PAH
     11092004 1206 ISSD PARTY W015 ISSUED DATE: 11092004   TYPE: SHERIFF   PAH
     11092004 1206 SUBP WITNESS SUBPOENA ISSUED TO W015 BROCK GWALTNEY, DP PAH
     11092004 1515 PNME PARTY W014 NAME CHANGED FROM: PHILLIP JOINER(AW21) PAH
     11092004 1515 SUBP WITNESS SUBPOENA ISSUED TO W014 PHILLIP JOYNER     PAH
     11152004 0852 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W013 (A AML
     11152004 0852 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W008 (A AML
     11152004 0852 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W005 (A AML
     11152004 0853 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W014 (A AML
     11152004 0854 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W012 (A AML
     11152004 0855 SERC SERVICE OF NO SERVICE       ON 11102004 FOR W012 (A AML
     11162004 1120 SERC SERVICE OF SERVED PERSON    ON 11122004 FOR W003 (A AML
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 19 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL                PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS -------------------|  OPE
-----------------------------------------------------------------------------
      11162004 1241 SERV PARTY W009 SERVED DATE: 11122004   TYPE: SERVED PER AML
      11162004 1245 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W006 (A AML
      11162004 1246 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W007 (A AML
      11162004 1455 TEXT ORDER ALLOWING DAVID BAKER TO WITHDRAW AND         ROP
      11162004 1455 TEXT APPOINTING SONNY JAMES                             ROP
      11162004 1500 ATY1 ATTORNEY FOR DEFENDANT: JAMES FRANK S III   (AR10) ROP
      11192004 1134 SERC SERVICE OF NO SERVICE       ON 11152004 FOR W015 (A AML
      11232004 1546 TEXT MOTION TO WITHDRAW                                 ROP
      11232004 1546 TEXT ORDER ALLOWING SONNY JAMES TO WITHDRAW AND         ROP
      11232004 1546 TEXT APPOINTING AL SMITH                                ROP
      11232004 1547 ATY1 ATTORNEY FOR DEFENDANT: SMITH SYDNEY ALBERT (AR10) ROP
      11242004 0919 SERC SERVICE OF NO SERVICE       ON 11162004 FOR W011 (A AMC
      11242004 0920 SERC SERVICE OF NO SERVICE       ON 11162004 FOR W004 (A AMC
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/22/2005     Page 20 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00     TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL                PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------- COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      12022004 1413 TEXT NOTICE OF APPEARANCE                              PAH
      12022004 1413 TEXT MOTION FOR DISCOVERY                              PAH
      12072004 1411 ATTH CAS ATTACHMENT PRINTED                    (AR08)  PAH
      12082004 1502 TEXT WRIT OF MANDAMUS TO CRT CRIM APPEALS              ROP
      12162004 1053 TEXT ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS    ROP
      12202004 1456 TEXT ASSERTION OF RIGHT TO PROCEED EX PARTE ON         ROP
      12202004 1456 TEXT APPLICATION FOR FUNDS                             ROP
      12202004 1456 TEXT EX PARTE APPLICATION #1                           ROP
      01312005 1125 PRTY PARTY ADDED  W016  MIKE BENAK           (AW21) ROP
      01312005 1125 ISSD PARTY W016 ISSUED DATE: 01262005  TYPE: SHERIFF   ROP
      01312005 1125 PRTY PARTY ADDED  W017  VAUGHN BARRON        (AW21) ROP
      01312005 1125 ISSD PARTY W017 ISSUED DATE: 01262005  TYPE: SHERIFF   ROP
      02112005 1157 DAT1 SET FOR: JURY TRIAL ON 02/28/2005 AT 0900A (AR01) PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/22/2005     Page 21 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL              PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------| OPE
-------------------------------------------------------------------------------
      02142005 1414 SERC SERVICE OF SERVED PERSON   ON 02092005 FOR W017 (A AMC
      02152005 1511 TEXT ORDER RE: EX PART APPLICATION #1                   ROP
      02182005 1751 TEXT ORDER; CONTINUED ON MOTION OF DEFENDANT            ROP
      02242005 0829 SERC SERVICE OF SERVED PERSON   ON 02172005 FOR W016 (A AMC
      03032005 1321 TEXT FOR WRIT OF HABEAS CORPUS-DENIED 3-4-05            ROP
      03082005 1345 TEXT NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS  LEG
      03102005 1331 APPL CASE APPEALED ON: 03/08/2005             (AR10) LEG
      03102005 1331 APPL APPEAL "TO" TYPE: "H"                     (AR10) LEG
      03102005 1333 ADD1 ADDR1 CHANGED FROM: 1005 BARNES ST LOT #30 (AR01) LEG
      03102005 1333 CITY HOME CITY CHANGED FROM: OPP               (AR01) LEG
      03102005 1335 APDT APPEAL DATE CHANGED FROM: 00/00/0000      (AR11) LEG
      03102005 1335 ATY1 ATTY 1 TYPE CHANGED FROM:                 (AR11) LEG
      03102005 1335 PROS PROSECUTOR CHANGED FROM:                  (AR11) LEG
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 22 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL             PC PRNTR: N
----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|  OPE
----------------------------------------------------------------------------
      03102005 1335 IRA0 IRA TYPE CHANGED FROM:                  (AR11) LEG
      03102005 1335 ATY1 ATTY 1 CHANGED FROM:                    (AR11) LEG
      03102005 1335 APTY APPEAL TYPE CHANGED FROM:               (AR11) LEG
      03102005 1335 INTR INDTRL TYPE CHANGED FROM:               (AR11) LEG
      03102005 1335 ATYW ATYW TYPE CHANGED FROM:                 (AR11) LEG
      03102005 1339 CRP1 COURT REPORTER 1 CHANGED FROM:          (AR11) LEG
      03222005 1203 TEXT MOTION FOR A BOND HEARING-DENIED 3-23-05       ROP
      03282005 1624 TEXT ORDER DISMISSING PETITION FOR WRIT OF HABEAS   ROP
      03282005 1624 TEXT CORPUS                                        ROP
      04052005 0900 TEXT APPLICATION FOR REHEARING                     ROP
      04072005 1124 TEXT NOTICE: APPLICATION FOR REHEARING OVERRULED   ROP
      04082005 1629 DAT3 SET FOR: JURY TRIAL ON 04/25/2005 AT 0900A  (AR10) ROP
      04112005 1125 TEXT MOTION FOR ORDER FOR CUSTODIAN OF EVIDENCE TO  ROP
----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Session          PASSPORT                                        September 09, 2005, 14:42:44

OC01          ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL             PC PRNTR: N
--------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
--------------------------------------------------------------------------------
     04112005 1126 TEXT TRANSFER EVIDENCE                                 ROP
     04112005 1336 TEXT MOTION TO CONTINUE--GRANTED 4-23-05               ROP
     04112005 1636 DAT1 SET FOR: JURY TRIAL ON 04/25/2005 AT 0900A  (AR01) PAH
     04112005 1636 SERV PARTY W003 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1636 SUBP WITNESS SUBPOENA ISSUED TO W003 MARK ODOM  (AW21) PAH
     04112005 1637 SERV PARTY W004 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1637 SUBP WITNESS SUBPOENA ISSUED TO W004 VAUGHN BARRON    PAH
     04112005 1637 SERV PARTY W005 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1637 SUBP WITNESS SUBPOENA ISSUED TO W005 KEVIN CHANCE(AW21) PAH
     04112005 1637 SERV PARTY W006 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1637 SUBP WITNESS SUBPOENA ISSUED TO W006 GREG JACKSON(AW21) PAH
     04112005 1637 SERV PARTY W007 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1637 SUBP WITNESS SUBPOENA ISSUED TO W007 CHRIS INABINETT   PAH
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP

Case 2:05-cv-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 24 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL              PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
      04112005 1638 SERV PARTY W008 SERVED DATE:           TYPE:    (AW21) PAH
      04112005 1638 SUBP WITNESS SUBPOENA ISSUED TO W008 NICKEY CARNLEY    PAH
      04112005 1638 SERV PARTY W009 SERVED DATE:           TYPE:    (AW21) PAH
      04112005 1638 SUBP WITNESS SUBPOENA ISSUED TO W009 BRETT HOLMES(AW21) PAH
      04112005 1638 SERV PARTY W011 SERVED DATE:           TYPE:    (AW21) PAH
      04112005 1638 SUBP WITNESS SUBPOENA ISSUED TO W011 MIKE BENAK  (AW21) PAH
      04112005 1638 SERV PARTY W012 SERVED DATE:           TYPE:    (AW21) PAH
      04112005 1638 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON   PAH
      04112005 1638 SERV PARTY W013 SERVED DATE:           TYPE:    (AW21) PAH
      04112005 1638 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER  (AW21) PAH
      04112005 1638 SERV PARTY W014 SERVED DATE:           TYPE:    (AW21) PAH
      04112005 1638 SUBP WITNESS SUBPOENA ISSUED TO W014 PHILLIP JOYNER    PAH
      04112005 1639 SERV PARTY W015 SERVED DATE:           TYPE:    (AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000     JID: MAM
 STYLE/NAME: STATE OF ALABAMA    VS  JONES LARYIE EARL            PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------| OPE
-------------------------------------------------------------------------------
     04112005 1639 SUBP WITNESS SUBPOENA ISSUED TO W015 BROCK GWALTNEY, DP PAH
     04142005 0845 SERC SERVICE OF NO SERVICE     ON 04132005 FOR W012 (A AMC
     04142005 1225 SERV PARTY W016 SERVED DATE:          TYPE:    (AW21) PAH
     04142005 1225 SUBP WITNESS SUBPOENA ISSUED TO W016 MIKE BENAK  (AW21) PAH
     04142005 1225 SERV PARTY W017 SERVED DATE:          TYPE:    (AW21) PAH
     04142005 1225 SUBP WITNESS SUBPOENA ISSUED TO W017 VAUGHN BARRON    PAH
     04152005 1128 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W014 (A AMC
     04152005 1128 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W005 (A AMC
     04152005 1129 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W008 (A AMC
     04152005 1129 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W013 (A AMC
     04152005 1137 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W009 (A AMC
     04152005 1137 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W003 (A AMC
     04152005 1139 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W006 (A AMC
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------- COMMENTS ------------------| OPE
-------------------------------------------------------------------------------
     04152005 1140 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W007 (A AMC
     04252005 1137 SERC SERVICE OF SERVED PERSON   ON 04192005 FOR W017 (A AMC
     04252005 1336 TEXT ORDER FOR CUSTODIAN OF EVIDENCE TO TRANSFER       ROP
     04252005 1336 TEXT EVICENCE                                          ROP
     04262005 1535 SERC SERVICE OF SERVED PERSON   ON 04222005 FOR W016 (A AMC
     04262005 1535 SERC SERVICE OF SERVED PERSON   ON 04222005 FOR W004 (A AMC
     04262005 1536 SERC SERVICE OF SERVED PERSON   ON 04222005 FOR W011 (A AMC
     04272005 1103 TEXT PETITION FOR WRIT OF CERTIORARI TO THE COURT OF   LEG
     04272005 1103 TEXT CRIMINAL APPEALS                                  LEG
     05022005 1401 TEXT MOTION TO DISMISS THE INDICTMENT                  ROP
     05102005 1316 TEXT MOTION TO WITHDRAW                                ROP
     05102005 1317 TEXT MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY ROP
     05102005 1317 TEXT OF EVIDENCE                                       ROP
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL              PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS -------------------|  OPE
-------------------------------------------------------------------------------
      05172005 1005 SERC SERVICE OF SERVED PERSON   ON 04212005 FOR W015 (A AMC
      06022005 0955 DAT1 SET FOR: JURY TRIAL ON 06/27/2005 AT 0900A  (AR01) PAH
      06022005 1002 SERV PARTY W003 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1003 SERV PARTY W004 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1003 SERV PARTY W005 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1003 SERV PARTY W006 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1003 SERV PARTY W007 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1004 SERV PARTY W008 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1004 SERV PARTY W009 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1010 SERV PARTY W011 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1010 SERV PARTY W012 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1010 SERV PARTY W013 SERVED DATE:           TYPE:     (AW21) PAH
      06022005 1011 SERV PARTY W014 SERVED DATE:           TYPE:     (AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-9     Filed 09/22/2005     Page 28 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000187 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL             PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------| OPE
-----------------------------------------------------------------------------
    06022005 1011 SERV PARTY W015 SERVED DATE:         TYPE:      (AW21) PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W003 MARK ODOM    (AW21) PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W004 VAUGHN BARRON        PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W005 KEVIN CHANCE (AW21) PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W006 GREG JACKSON (AW21) PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W007 CHRIS INABINETT      PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W007 CHRIS INABINETT      PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W008 NICKEY CARNLEY       PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W009 BRETT HOLMES (AW21) PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W011 MIKE BENAK   (AW21) PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON      PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER   (AW21) PAH
    06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W014 PHILLIP JOYNER       PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Session PASSPORT    Case 2:05-cr-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 29 of 35    September 09, 2005, 14:42:51

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1        OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
   STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL            PC PRNTR: N
----------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
----------------------------------------------------------------------------
     06022005 1024 SUBP WITNESS SUBPOENA ISSUED TO W015 BROCK GWALTNEY, DP PAH
     06032005 0952 TEXT ORDER ALLOWING AL SMITH TO WITHDRAW AND APPOINTING ROP
     06032005 0952 TEXT RILEY POWELL                                       ROP
     06032005 0953 ATY1 ATTORNEY FOR DEFENDANT: POWELL A RILEY IV   (AR10) ROP
     06082005 0906 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W009 (A AMC
     06082005 0906 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W013 (A AMC
     06082005 0907 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W008 (A AMC
     06082005 0907 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W005 (A AMC
     06082005 0907 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W014 (A AMC
     06082005 0907 SERC SERVICE OF NO SERVICE      ON 06062005 FOR W012 (A AMC
     06082005 0907 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W006 (A AMC
     06082005 0907 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W007 (A AMC
     06082005 0907 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W003 (A AMC
----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cr-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 30 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL            PC PRNTR: N
--------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
--------------------------------------------------------------------------------
      06092005 1036 TEXT MOTION FOR DISCOVERY                              ROP
      06092005 1037 TEXT MOTION TO SET BOND--DENIED 6-10-05                ROP
      06092005 1037 TEXT NOTICE OF APPEARANCE                              ROP
      06102005 0808 TEXT MOTION TO REMAND TO DISTRICT COURT                ROP
      06142005 0856 SERC SERVICE OF NO SERVICE      ON 06082005 FOR W004 (A AMC
      06142005 0857 SERC SERVICE OF SERVED PERSON   ON 06082005 FOR W011 (A AMC
      06172005 0816 SERC SERVICE OF SERVED PERSON   ON 06082005 FOR W015 (A AMC
      06272005 1416 TEXT MOTION FOR CONTINUANCE--GRANTED 6-28-05           ROP
      06302005 1127 TEXT MOTION TO SET BOND--DENIED 7-1-05                 ROP
      07122005 1108 TEXT CERTIFICATE OF JUDGMENT-WRIT DENIED               ROP
      07182005 1011 TEXT NOTICE FOR "FAIR WARNING" NOTICE OF A "COMPLAINT" ROP
      08082005 0956 DAT1 SET FOR: JURY TRIAL ON 09/26/2005 AT 0900A  (AR01) PAH
      08082005 0957 PRTY PARTY ADDED  W001  PHILLIP JOYNER             (AW21) PAH
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000     JID: MAM
   STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      08082005 0957 PRTY PARTY ADDED    W018   KEVIN CHANCE          (AW21) PAH
      08082005 0958 PRTY PARTY ADDED    W019   BROCK GWALTNEY        (AW21) PAH
      08082005 0958 PRTY PARTY ADDED    W020   MARK ODOM             (AW21) PAH
      08082005 0958 PRTY PARTY ADDED    W021   GREG JACKSON          (AW21) PAH
      08082005 0958 PRTY PARTY ADDED    W022   CHRIS INABINETT       (AW21) PAH
      08082005 0958 PRTY PARTY ADDED    W023   NICKEY CARNLEY        (AW21) PAH
      08082005 0959 PRTY PARTY ADDED    W024   JR ANDERSON           (AW21) PAH
      08082005 0959 PRTY PARTY ADDED    W025   MARK KYSER            (AW21) PAH
      08082005 0959 PRTY PARTY ADDED    W026   BRETT HOLMES          (AW21) PAH
      08082005 1000 PRTY PARTY ADDED    W027   VAUGHN BARRON         (AW21) PAH
      08082005 1001 SUBP WITNESS SUBPOENA ISSUED TO W001 PHILLIP JOYNER      PAH
      08082005 1001 SUBP WITNESS SUBPOENA ISSUED TO W002 BROCK GWALTNEY      PAH
      08082005 1001 SUBP WITNESS SUBPOENA ISSUED TO W003 MARK ODOM   (AW21) PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF          24=HLP
```

Case 2:05-cr-00701-MEF-TFM     Document 11-9     Filed 09/22/2005     Page 32 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000187 00     TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL                PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------| OPE
-------------------------------------------------------------------------------
      08082005 1001 SERV PARTY W003 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1002 SERV PARTY W004 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1002 SUBP WITNESS SUBPOENA ISSUED TO W004 VAUGHN BARRON       PAH
      08082005 1002 SERV PARTY W005 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1002 SUBP WITNESS SUBPOENA ISSUED TO W005 KEVIN CHANCE (AW21) PAH
      08082005 1002 SERV PARTY W006 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1002 SUBP WITNESS SUBPOENA ISSUED TO W006 GREG JACKSON (AW21) PAH
      08082005 1003 SERV PARTY W007 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1003 SUBP WITNESS SUBPOENA ISSUED TO W007 CHRIS INABINETT     PAH
      08082005 1003 SERV PARTY W008 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1003 SUBP WITNESS SUBPOENA ISSUED TO W008 NICKEY CARNLEY      PAH
      08082005 1003 SERV PARTY W009 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1003 SUBP WITNESS SUBPOENA ISSUED TO W009 BRETT HOLMES (AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cr-00701-MEF-TFM    Document 11-9    Filed 09/22/2005    Page 33 of 35

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL              PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
      08082005 1003 SERV PARTY W011 SERVED DATE:           TYPE:     (AW21) PAH
      08082005 1003 SUBP WITNESS SUBPOENA ISSUED TO W011 MIKE BENAK  (AW21) PAH
      08082005 1004 AWPR KEVIN CHANCE DELETED  W018                  (AW21) PAH
      08082005 1004 AWPR MARK ODOM DELETED  W020                     (AW21) PAH
      08082005 1004 AWPR CHRIS INABINETT DELETED  W022               (AW21) PAH
      08082005 1004 AWPR JR ANDERSON DELETED  W024                   (AW21) PAH
      08082005 1004 AWPR BRETT HOLMES DELETED  W026                  (AW21) PAH
      08092005 1636 SERV PARTY W012 SERVED DATE:           TYPE:     (AW21) PAH
      08092005 1636 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON   PAH
      08092005 1637 SERV PARTY W013 SERVED DATE:           TYPE:     (AW21) PAH
      08092005 1637 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER  (AW21) PAH
      08122005 1054 SERV PARTY W009 SERVED DATE: 08102005  TYPE: SERVED PER PAH
      08122005 1102 SERV PARTY W003 SERVED DATE: 08102005  TYPE: SERVED PER PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01         ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL             PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------- COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
     08122005 1159 SERV PARTY W007 SERVED DATE: 08102005   TYPE: SERVED PER PAH
     08122005 1204 SERV PARTY W006 SERVED DATE: 08102005   TYPE: SERVED PER PAH
     08152005 1326 SERC SERVICE OF NO SERVICE      ON 08122005 FOR W002 (A AMC
     08172005 1438 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W005 (A AMC
     08172005 1443 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W013 (A AMC
     08172005 1443 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W012 (A AMC
     08172005 1443 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W008 (A AMC
     08172005 1444 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W001 (A AMC
     08222005 1021 SERC SERVICE OF NO SERVICE      ON 08162005 FOR W004 (A AMC
     08222005 1024 SERC SERVICE OF SERVED PERSON   ON 08162005 FOR W011 (A AMC
     09082005 0842 TEXT NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS   LEG
     09082005 1010 TEXT NOTICE OF APPEAL TO THE AL COURT OF CRIMINAL        LEG
     09082005 1010 TEXT APPEALS BY THE TRIAL COURT CLERK                    LEG
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000187 00    TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
-----------------------------------------------------------------------------
ACT    DATE   TIME CODE |------------------ COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
     09092005 0840 APPL CASE APPEALED ON: 09/08/2005              (AR10) LEG
     09092005 0840 APPL APPEAL "TO" TYPE: "P"                     (AR10) LEG




-----------------------------------------------------------------------------
*** THERE ARE NO MORE RECORDS ON-FILE FOR THE CASE ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```