```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON    OFFICE: 1     OCSOC01

CASE NUMBER: CC 2004 000347 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL               PC PRNTR: N
-------------------------------------------------------------------------------
 ACT   DATE    TIME CODE |-------------------- COMMENTS --------------------|  OPE
-------------------------------------------------------------------------------
     10132004  1106 TEXT INDICTMENT                                             CAG
     10182004  1106 TEXT WARRANT OF ARREST RET'D                                CAG
     10192004  1106 TEXT ORDER ON INITIAL APPEARANCE                            CAG
     10192004  1106 TEXT AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER            CAG
     10222004  1126 DAT1 SET FOR: APPOINTMENT OF COU ON 11/08/2004 AT(AR01)     CAG
     10222004  1130 CASU CASE ACTION SUMMARY PRINTED                  (AR08)    CAG
     10272004  1118 TEXT MOTION TO DISMISS THE INDICTMENT BY DEFT               CAG
     11082004  0945 TEXT ORDER; DEFT ARRAINGED IN OPEN COURT AND TO COUNTS      ROP
     11082004  0945 TEXT 1,2,3,4, THAT BEING ALL COUNTS IN THE INDICTMENT       ROP
     11082004  0945 TEXT THE DEFENDANT ENTERS A PLEA OF NOT GUILTY              ROP
     11082004  0945 TEXT ORDER; ORAL REQUEST FOR BOND REDUCTION MADE SAID       ROP
     11082004  0945 TEXT REQUEST IS HEREBY DENIED                               ROP
     11082004  1041 TEXT MOTION FOR DISCOVERY                                   PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE FILE    ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF          24=HLP
```



EXHIBIT I

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON    OFFICE: 1      OCSOC01

CASE NUMBER: CC 2004 000347 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL                PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------| OPE
-------------------------------------------------------------------------------
      11082004 1042 TEXT MOTION TO DISMISS OR GRANT OTHER APPRO RELIEF      PAH
      11162004 1455 TEXT ORDER ALLOWING DAVID BAKER TO WITHDRAW AND         ROP
      11162004 1455 TEXT APPOINTING SONNY JAMES                             ROP
      11162004 1536 ATY1 ATTORNEY FOR DEFENDANT: JAMES FRANK S III   (AR10) ROP
      11232004 1546 TEXT MOTION TO WITHDRAW                                 ROP
      11232004 1546 TEXT ORDER ALLOWING SONNY JAMES TO WITHDRAW AND         ROP
      11232004 1546 TEXT APPOINTING AL SMITH                                ROP
      11232004 1547 ATY1 ATTORNEY FOR DEFENDANT: SMITH SYDNEY ALBERT (AR10) ROP
      12022004 1413 TEXT NOTICE OF APPEARANCE                               PAH
      12022004 1413 TEXT MOTION FOR DISCOVERY                               PAH
      12162004 1034 TEXT REQUEST FOR DISCOVERY                              ROP
      12162004 1034 TEXT DISCOVERYPRODUCTION                                ROP
      12202004 1456 TEXT ASSERTION OF RIGHT TO PROCEED EX PARTE ON          ROP
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF          24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON    OFFICE: 1      OCSOC01

CASE NUMBER: CC 2004 000347 00     TRANS DATE/TIME: 00000000 0000      JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL                 PC PRNTR: N
-----------------------------------------------------------------------------------
 ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------------
      12202004 1456 TEXT APPLICATION FOR FUNDS                             ROP
      12202004 1456 TEXT EX PARTE APPLICATION #1                           ROP
      01262005 1058 HEAR MOTION FOR A HEARING FOR A BOND SETTING-DENIED    ROP
      01262005 1058 TEXT 2-4-05                                            ROP
      01312005 1129 PRTY PARTY ADDED   R001   MIKE BENAK          (AW21)   ROP
      01312005 1129 ISSD PARTY R001 ISSUED DATE: 01262005   TYPE: SHERIFF  ROP
      01312005 1129 PRTY PARTY ADDED   R002   VAUGHN BARRON       (AW21)   ROP
      01312005 1129 ISSD PARTY R002 ISSUED DATE: 01262005   TYPE: SHERIFF  ROP
      02112005 0846 SERC SERVICE OF SERVED PERSON    ON 02082005 FOR R002 (A AMC
      02112005 0847 SERC SERVICE OF SERVED PERSON    ON 02082005 FOR R001 (A AMC
      02152005 1511 TEXT ORDER RE: EX PART APPLICATION #1                  ROP
      02182005 1751 TEXT ORDER; CONTINUED ON MOTION OF DEFENDANT           ROP
      03302005 1109 TEXT WRIT OF HABEAS CORPUS PETITION--DENIED 4-20-05    ROP
-----------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF           24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2004 000347 00    TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL             PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------- COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
      04012005 0933 DAT2 SET FOR: HABEAS PETITION ON 04/20/2005 AT 0900A     ROP
      04082005 1635 DAT3 SET FOR: JURY TRIAL ON 04/25/2005 AT 0900A  (AR10)  ROP
      04112005 1347 TEXT MOTION TO CONTINUE---GRANTED 4-23-05                ROP
      04112005 1347 TEXT MOTION FOR CUSTODIAN OF EVIDENCE TO TRANSFER        ROP
      04112005 1347 TEXT EVIDENCE                                            ROP
      04142005 1221 DAT1 SET FOR: JURY TRIAL ON 04/25/2005 AT 0900A  (AR01)  PAH
      04142005 1227 PRTY PARTY ADDED   W001   VAUGHN BARRON         (AW21)  PAH
      04142005 1227 PRTY PARTY ADDED   W002   MIKE BENAK            (AW21)  PAH
      04142005 1227 SUBP WITNESS SUBPOENA ISSUED TO W001 VAUGHN BARRON        PAH
      04142005 1227 SUBP WITNESS SUBPOENA ISSUED TO W002 MIKE BENAK   (AW21)  PAH
      04252005 1137 SERC SERVICE OF SERVED PERSON   ON 04192005 FOR W001 (A  AMC
      04252005 1348 TEXT ORDER FOR CUSTODIAN OF EVIDENCE TO TRANSFER         ROP
      04252005 1348 TEXT EVIDENCE                                            ROP
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF          24=HLP
```

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON    OFFICE: 1      OCSOC01

CASE NUMBER: CC 2004 000347 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL              PC PRNTR: N
---------------------------------------------------------------------------------
ACT   DATE     TIME CODE |------------------ COMMENTS ------------------| OPE
---------------------------------------------------------------------------------
      04262005 0849 CONT GRANTED CONTINUANCE DUE TO: CONT'D NEXT TERM(AR10) ROP
      04262005 0849 CTDT ABOVE CONTINUANCE EFFECTIVE: 04/26/2005       (AR10) ROP
      04262005 1536 SERC SERVICE OF SERVED PERSON   ON 04222005 FOR W002 (A AMC
      04272005 1434 APDT APPEAL DATE CHANGED FROM: 00/00/0000          (AR11) CAG
      04272005 1434 APTY APPEAL TYPE CHANGED FROM:                     (AR11) CAG
      04272005 1434 INTR INDTRL TYPE CHANGED FROM:                     (AR11) CAG
      04272005 1434 ATYW ATYW TYPE CHANGED FROM:                       (AR11) CAG
      04272005 1434 IRA0 IRA TYPE CHANGED FROM:                        (AR11) CAG
      04272005 1434 CRP1 COURT REPORTER 1 CHANGED FROM:                (AR11) CAG
      04272005 1434 ATY1 ATTY 1 TYPE CHANGED FROM:                     (AR11) CAG
      04272005 1434 PROS PROSECUTOR CHANGED FROM:                      (AR11) CAG
      04272005 1434 ATY1 ATTY 1 CHANGED FROM:                          (AR11) CAG
      05052005 1110 TEXT ORDER ON PETITION FOR WRIT OF HABEAS CORPUS          ROP
---------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF           24=HLP
```

Session - PASSPORT    Case 2:05-cv-00701-MEF-TFM    Document 11-10    Filed 09/22/2005    Page 5 of 7    September 09, 2005  14:45:25

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2004 000347 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL             PC PRNTR: N
-------------------------------------------------------------------------------
ACT    DATE   TIME CODE |------------------ COMMENTS ------------------| OPE
-------------------------------------------------------------------------------
     05102005 1316 TEXT MOTION TO WITHDRAW                                ROP
     05102005 1317 TEXT MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY ROP
     05102005 1317 TEXT OF EVIDENCE                                       ROP
     05182005 1529 TEXT ORDER SETTING HEARING ON MOTION TO W/D 6-3-05     ROP
     05182005 1530 DAT4 SET FOR: MOTION WITHDRAW ON 06/03/2005 AT 0900A   ROP
     05192005 0822 TEXT WRIT OF HABEAS CORPUS PETITION TO CRT OF CRIMINAL ROP
     05192005 0822 TEXT APPEALS                                           ROP
     05202005 1058 TEXT ORDER; PETITION GIVEN 14 DAYS TO FILE CERTIFICATE ROP
     05202005 1058 TEXT OF SERVICE                                        ROP
     06032005 0957 ATY1 ATTORNEY FOR DEFENDANT: POWELL A RILEY IV   (AR10) ROP
     06032005 0957 TEXT ORDER ALLOWING AL SMITH TO WITHDRAW AND           ROP
     06032005 0957 TEXT APPOINTING RILEY POWELL                           ROP
     06102005 0939 TEXT ORDER; NEW ATTY HAS 14 DAYS TO COMPLY WITH ORDER  ROP
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF            24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON    OFFICE: 1      OCSOC01

CASE NUMBER: CC 2004 000347 00    TRANS DATE/TIME: 00000000 0000      JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL                 PC PRNTR: N
-----------------------------------------------------------------------------------
 ACT    DATE    TIME CODE |------------------- COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------------
        06272005 1416 TEXT MOTION FOR CONTINUANCE--GRANTED 6-28-05            ROP
        06292005 0843 TEXT ORDER DISMISSING HABEAS CORPUS PETITION            ROP
        07012005 0931 TEXT CERTIFICATE OF SERVICE/APPL FOR REHEARING          CAG
        07012005 0932 TEXT ORDER: HABEAS DISMISSED                            ROP
        07182005 1011 TEXT NOTICE FOR "FAIR WARNING" NOTICE OF A "COMPLAINT"  ROP
        09082005 0842 TEXT NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS  LEG
        09082005 1010 TEXT NOTICE OF APPEAL TO THE AL COURT OF CRIMINAL       LEG
        09082005 1010 TEXT APPEALS BY THE TRIAL COURT CLERK                   LEG
        09092005 0841 APPL CASE APPEALED ON: 09/08/2005               (AR10)  LEG
        09092005 0841 APPL APPEAL "TO" TYPE: "P"                      (AR10)  LEG



-----------------------------------------------------------------------------------
*** THERE ARE NO MORE RECORDS ON-FILE FOR THE CASE ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF              24=HLP
```