```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1       OCSOC01

CASE NUMBER: CC 2003 000418 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL              PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE    TIME CODE  |------------------- COMMENTS ------------------|   OPE
---------------------------------------------------------------------------
      09172003 1155 TEXT INDICTMENT                                          CAG
      09292003 1155 TEXT WARRANT OF ARREST RET'D                            CAG
      10022003 0905 TEXT ORDER ON INITIAL APPEARANCE                        CAG
      10022003 0905 TEXT AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER        CAG
      10022003 1155 DAT1 SET FOR: APPOINTMENT OF COU ON 10/21/2003 AT 0900A CAG
      10212003 1726 TEXT PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT       ROP
      10212003 1733 TEXT MOTION TO DISMISS                                  ROP
      10212003 1733 TEXT DISCOVERY REQUEST BY DEFENDANT                     ROP
      10302003 1355 TEXT REQUEST FOR DISCOVERY                              ROP
      10302003 1355 TEXT ANSWER TO MOTION FOR DISCOVERY                     ROP
      10302003 1355 TEXT MOTION TO CONSOLIDATE CHARGES FOR TRIAL AND MOTION ROP
      10302003 1355 TEXT FOR HEARING ON THE ISSUE                           ROP
      10312003 1355 TEXT ORDER SETTING HEARING 12-16-03 AT 9:00 A.M.        ROP
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE FILE    ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```



EXHIBIT

J

Case 2:05-cv-00701-MEF-TFM   Document 11-11   Filed 09/22/2005   Page 2 of 29

14:43:13

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000418 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL         PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS -----------------|  OPE
------------------------------------------------------------------------------
      10312003 1357 DAT1 SET FOR: MOT CONSOLIDATE ON 12/16/2003 AT 0900A    ROP
      12162003 0855 TEXT ORDER GRANTING MOTION TO CONSOLIDATE CHARGES       ROP
      01072004 1046 DAT2 SET FOR: SETTLEMENT DOCKET/ ON 03/16/2004 AT 0400P ROP
      01202004 1310 TEXT AMENDED ANSWER TO MOTION FOR DISCOVERY             ROP
      02042004 0850 TEXT MOTION FOR BOND OR REINSTATE BOND - 2/5/04         PAH
      02042004 0851 TEXT ORDER; THERE IS NOTHING TO INDICATE THAT THE       PAH
      02042004 0851 TEXT DEFENDANT IS NOT ALLOWED A BOND WITH RESPECT       PAH
      02042004 0851 TEXT TO THIS PARTICULAR PROCEEDING.                     PAH
      02262004 1420 TEXT ORDER; CONTINUED ON DEFENSE MOTION                 ROP
      05242004 1106 DAT1 SET FOR: JURY TRIAL ON 06/21/2004 AT 0900A  (AR01) PAH
      05242004 1109 AWPR GREG JACKSON DELETED  W001             (AW21) PAH
      05242004 1109 AWPR MARK ODOM DELETED  W002                (AW21) PAH
      05242004 1110 PRTY PARTY ADDED W001 CHRIS INABINETT        (AW21)
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF     24=HLP
```

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA  VS  JONES LARRYIE EARL            PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      05242004 1110 PRTY PARTY ADDED W002 BRETT HOLMES             (AW21)
      05242004 1110 PRTY PARTY ADDED W003 GREG JACKSON             (AW21)
      05242004 1110 PRTY PARTY ADDED W004 NICKEY CARNLEY           (AW21)
      05242004 1110 PRTY PARTY ADDED W005 VAUGHN BARRON            (AW21)
      05242004 1110 PRTY PARTY ADDED W006 MIKE BENAK               (AW21)
      05242004 1110 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT   PAH
      05242004 1111 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21) PAH
      05242004 1111 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21) PAH
      05242004 1111 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY     PAH
      05242004 1111 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON      PAH
      05242004 1111 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
      05242004 1126 FESH FEE SHEET PRINTED                         (AR08) PAH
      06012004 0818 SERV PARTY W002 SERVED DATE: 05252004  TYPE: SERVED PER AML
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM     Document 11-11     Filed 09/22/2005     Page 4 of 29

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00     TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL               PC PRNTR: N
----------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|   OPE
----------------------------------------------------------------------------------
      06012004 0819 SERV PARTY W001 SERVED DATE: 05252004   TYPE: SERVED PER AML
      06012004 0823 SERV PARTY W003 SERVED DATE: 05252004   TYPE: SERVED PER AML
      06032004 0813 SERV PARTY W004 SERVED DATE: 05262004   TYPE: SERVED PER AML
      06092004 1031 SERV PARTY W006 SERVED DATE: 06032004   TYPE: SERVED PER AML
      06092004 1031 SERV PARTY W005 SERVED DATE: 06032004   TYPE: SERVED PER AML
      06212004 0806 TEXT ANSWER TO MOTION FOR DISCOVERY                    ROP
      06222004 1530 TEXT ORDER; DEFT FTA; ISSUE ALIAS AND INSTITUTE        ROP
      06222004 1530 TEXT BOND FORFEITURE                                   ROP
      06222004 1530 AWAR ALIAS WARRANT ISSUED: 06/22/2004         (AR08)   ROP
      06232004 0948 PRTY PARTY ADDED   S001  LEWIS MARILYN         (AW21)   ROP
      06232004 1057 REDT DEFENDANT RELEASED FROM JAIL: 10/28/2003  (AR01)   ROP
      07012004 1541 PRTY PARTY ADDED   S002  MARY SHELTON          (AW21)   ROP
      07012004 1541 PRTY PARTY ADDED   S003  J B TEPPENPAW         (AW21)   ROP
----------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cv-00701-MEF-TFM   Document 11-11   Filed 09/22/2005   Page 5 of 29

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL              PC PRNTR: N
---------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
---------------------------------------------------------------------------------
      07152004 1007 TEXT ORDER THAT A HEARING BE HELD 7/22/04 AT 10:45       CAG
      07152004 1007 TEXT A.M. TO DECIDE WHETHER OR NOT NEW BOND WILL BE      CAG
      07152004 1007 TEXT ALLOWED. /S/MAM                                     CAG
      07152004 1013 TEXT REQUEST FOR BONDSMAN OFF BOND - ORDER; DEFT IS      CAG
      07152004 1013 TEXT REMANDED TO CUSTODY, HIS BONDSMEN BEING EXONERATED  CAG
      07162004 1009 DAT1 SET FOR:  BOND HEARING ON 07/22/2004 AT 1045A       CAG
      07222004 1011 WARR "S" WARRANT SERVICE ON: 07/15/2004        (AR10)    ROP
      07222004 1011 WARR WARRANT LOCATION IS: H ON: 07/22/2004      (AR10)   ROP
      07222004 1355 TEXT ORDER; DEFENDANT SHALL BE HELD IN CUSTODY           ROP
      07222004 1355 TEXT IN THIS CASE FOR THE TIME BEING PENDING TRIAL       ROP
      07232004 1050 DAT1 SET FOR:  BOND HEARING ON 09/20/2004 AT 1045(AR01)  PAH
      07232004 1050 DAT1 SET FOR: JURY TRIAL ON 09/20/2004 AT 0900A  (AR01)  PAH
      07262004 1634 SERV PARTY W001 SERVED DATE:          TYPE:     (AW21)   PAH
---------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL              PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
      07262004 1634 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT      PAH
      07262004 1634 SERV PARTY W002 SERVED DATE:        TYPE:    (AW21) PAH
      07262004 1634 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21) PAH
      07262004 1635 SERV PARTY W003 SERVED DATE:        TYPE:    (AW21) PAH
      07262004 1635 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21) PAH
      07262004 1635 ISSD PARTY W004 ISSUED DATE:        TYPE:    (AW21) PAH
      07262004 1635 SERV PARTY W004 SERVED DATE:        TYPE:    (AW21) PAH
      07262004 1635 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY      PAH
      07262004 1636 SERV PARTY W005 SERVED DATE:        TYPE:    (AW21) PAH
      07262004 1636 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON       PAH
      07262004 1636 SERV PARTY W006 SERVED DATE:        TYPE:    (AW21) PAH
      07262004 1636 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
      07262004 1636 PRTY PARTY ADDED  W007  PHILLIP JOYNER       (AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM   Document 11-11   Filed 09/22/2005   Page 7 of 29

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL           PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      07262004 1636 PRTY PARTY ADDED   W008  KEVIN CHANCE            (AW21) PAH
      07262004 1637 PRTY PARTY ADDED   W009  BROCK GWALTNEY          (AW21) PAH
      07262004 1637 PRTY PARTY ADDED   W010  MARK ODOM              (AW21) PAH
      07262004 1637 PRTY PARTY ADDED   W011  VAUGHN BARRON           (AW21) PAH
      07262004 1637 PRTY PARTY ADDED   W012  JUNIOR ANDERSON         (AW21) PAH
      07262004 1637 PRTY PARTY ADDED   W013  MARK KYSER             (AW21) PAH
      07262004 1638 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER    PAH
      07262004 1638 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21) PAH
      07262004 1638 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY    PAH
      07262004 1638 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21) PAH
      07262004 1638 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON   PAH
      07262004 1638 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER  (AW21) PAH
      07272004 1231 FESH FEE SHEET PRINTED                          (AR08) PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00   TRANS DATE/TIME: 00000000 0000     JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL             PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
------------------------------------------------------------------------------
      07272004 1425 FESH FEE SHEET PRINTED                             (AR08) PAH
      08022004 0835 SERV PARTY W009 SERVED DATE: 07292004   TYPE: NO SERVICE AML
      08032004 1506 SERV PARTY W012 SERVED DATE: 07292004   TYPE: SERVED PER AML
      08032004 1507 SERV PARTY W004 SERVED DATE: 07282004   TYPE: SERVED PER AML
      08032004 1507 SERV PARTY W008 SERVED DATE: 07282004   TYPE: SERVED PER AML
      08032004 1507 SERV PARTY W007 SERVED DATE: 07282004   TYPE: SERVED PER AML
      08032004 1518 SERV PARTY W010 SERVED DATE: 07282004   TYPE: SERVED PER AML
      08032004 1519 SERV PARTY W002 SERVED DATE: 07282004   TYPE: SERVED PER AML
      08032004 1530 SERV PARTY W001 SERVED DATE: 07282004   TYPE: SERVED PER AML
      08032004 1530 SERV PARTY W003 SERVED DATE: 07282004   TYPE: SERVED PER AML
      08042004 1544 SERV PARTY W013 SERVED DATE: 07282004   TYPE: SERVED PER AML
      08092004 1011 SERV PARTY W005 SERVED DATE: 08032004   TYPE: SERVED PER AML
      08092004 1011 SERV PARTY W006 SERVED DATE: 08032004   TYPE: SERVED PER AML
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL              PC PRNTR: N
--------------------------------------------------------------------------------
ACT   DATE    TIME  CODE  |------------------- COMMENTS ------------------|  OPE
--------------------------------------------------------------------------------
      08122004 1121 TEXT MOTION FOR BOND OR REINSTATE BOND                    ROP
      08182004 0850 TEXT MOTION DENIED                                        PAH
      08302004 1155 TEXT MOTION TO WARRANT CONSIDERATION BY THE COURT         ROP
      08302004 1156 TEXT DENIED 8-31-04                                       ROP
      09022004 1412 TEXT MOTON FOR JUDGMENT OF ACQUITTAL                      ROP
      09032004 1427 SERV PARTY W003 SERVED DATE:         TYPE:    (AW21)      PAH
      09032004 1427 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21)   PAH
      09032004 1428 SERV PARTY W006 SERVED DATE:         TYPE:    (AW21)      PAH
      09032004 1428 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21)   PAH
      09032004 1428 SERV PARTY W010 SERVED DATE:         TYPE:    (AW21)      PAH
      09032004 1428 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21)   PAH
      09032004 1436 ISSD PARTY W010 ISSUED DATE: 07262004  TYPE: SHERIFF      PAH
      09032004 1436 SERV PARTY W010 SERVED DATE: 07282004  TYPE: SERVED PER   PAH
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL           PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      09032004 1437 ISSD PARTY W003 ISSUED DATE: 07262004   TYPE: SHERIFF     PAH
      09032004 1437 SERV PARTY W003 SERVED DATE: 07282004   TYPE: SERVED PER PAH
      09032004 1438 ISSD PARTY W006 ISSUED DATE: 07262004   TYPE: SHERIFF     PAH
      09032004 1438 SERV PARTY W006 SERVED DATE: 08032004   TYPE: SERVED PER PAH
      09132004 1646 TEXT REQUEST OF DEFENDANT FOR PRODUCTION BY STATE         ROP
      09242004 1115 TEXT ORDER ALLOWING GRADY LANIER TO WITHDRAW AND          ROP
      09242004 1115 TEXT APPOINTING GRADY LANIER UNLESS DEFT RETAINS          ROP
      09242004 1115 TEXT ATTORNEY WITHIN 30 DAYS                              ROP
      09242004 1116 ATY1 ATTORNEY FOR DEFENDANT: BAKER DAVID STUART  (AR10)   ROP
      09272004 0807 TEXT MOTION FOR DISCOVERY                                 ROP
      09272004 0807 TEXT MOTION TO DISMISS OR GRANT OTHER APPROPRIATE         ROP
      09272004 0807 TEXT RELIEF                                               ROP
      09292004 1645 TEXT MOTION FOR RECONSIDERATION FOR BOND BY THE COURT     CAG
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL            PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------| OPE
---------------------------------------------------------------------------
     09292004 1646 TEXT DENIED 9-30-04                                    ROP
     10012004 1508 TEXT DISCOVERY PRODUCTION TO NEW COUNSEL               ROP
     10012004 1545 TEXT REQUEST FOR DISCOVERY FROM NEW COUNSEL            ROP
     10052004 1604 TEXT LETTER FROM DR. WILLIAMS - DENIED                 PAH
     10182004 1527 TEXT MOTION FOR PROCEDURE FOR DETERMINATION OF         ROP
     10182004 1527 TEXT RELEASE CONDITIONS                                ROP
     10202004 0818 ATTH CAS ATTACHMENT PRINTED                  (AR08)    ROP
     10222004 1502 TEXT MOTION TO HAVE BAIL REDUCED                       ROP
     10292004 1323 TEXT MOTION TO CORRECT CLERICAL ERROR                  ROP
     11032004 1324 TEXT MOTION FOR FAST AND SPEEDY TRIAL                  ROP
     11052004 1138 TEXT MOTION TO SHOW GOOD CAUSE WHY THE INDICTMENT      ROP
     11052004 1138 TEXT SHOULD BE DISMISSED                               ROP
     11092004 1202 DAT1 SET FOR: JURY TRIAL ON 11/15/2004 AT 0900A (AR01) PAH
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00   TRANS DATE/TIME: 00000000 0000     JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL              PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
      11092004 1206 SERV PARTY W001 SERVED DATE:         TYPE:    (AW21) PAH
      11092004 1206 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT  PAH
      11092004 1207 SERV PARTY W002 SERVED DATE:         TYPE:    (AW21) PAH
      11092004 1207 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21) PAH
      11092004 1207 SERV PARTY W003 SERVED DATE:         TYPE:    (AW21) PAH
      11092004 1207 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21) PAH
      11092004 1207 SERV PARTY W004 SERVED DATE:         TYPE:    (AW21) PAH
      11092004 1207 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY   PAH
      11092004 1209 SERV PARTY W005 SERVED DATE:         TYPE:    (AW21) PAH
      11092004 1209 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON    PAH
      11092004 1210 SERV PARTY W006 SERVED DATE:         TYPE:    (AW21) PAH
      11092004 1210 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
      11092004 1210 SERV PARTY W007 SERVED DATE:         TYPE:    (AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM    Document 11-11    Filed 09/22/2005    Page 13 of 29
September 29, 2005  14:43:25

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL           PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
     11092004 1210 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER    PAH
     11092004 1210 SERV PARTY W008 SERVED DATE:         TYPE:    (AW21)  PAH
     11092004 1210 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21)PAH
     11092004 1211 PNME PARTY W009 NAME CHANGED FROM: BROCK GWALTNEY(AW21)PAH
     11092004 1211 PZCS PARTY W009 ZCS CHANGED FROM: 36467 0000 OPP (AW21)PAH
     11092004 1211 PAD1 PARTY W009 ADD1 CHANGED FROM: 702 OLD ELBA ROAD   PAH
     11092004 1211 SERV PARTY W009 SERVED DATE:         TYPE:    (AW21)  PAH
     11092004 1211 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY, DP PAH
     11092004 1211 SERV PARTY W010 SERVED DATE:         TYPE:    (AW21)  PAH
     11092004 1211 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21)PAH
     11092004 1211 SERV PARTY W012 SERVED DATE:         TYPE:    (AW21)  PAH
     11092004 1211 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON   PAH
     11092004 1211 SERV PARTY W013 SERVED DATE:         TYPE:    (AW21)  PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL            PC PRNTR: N
--------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------| OPE
--------------------------------------------------------------------------------
     11092004 1211 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER  (AW21) PAH
     11152004 0853 SERC SERVICE OF SERVED PERSON   ON 11102004 FOR W013 (A AML
     11152004 0853 SERC SERVICE OF SERVED PERSON   ON 11102004 FOR W004 (A AML
     11152004 0855 SERC SERVICE OF NO SERVICE      ON 11102004 FOR W012 (A AML
     11152004 0856 SERC SERVICE OF SERVED PERSON   ON 11102004 FOR W007 (A AML
     11152004 0856 SERC SERVICE OF SERVED PERSON   ON 11102004 FOR W008 (A AML
     11162004 1120 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W010 (A AML
     11162004 1241 SERV PARTY W002 SERVED DATE: 11122004   TYPE: SERVED PER AML
     11162004 1245 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W003 (A AML
     11162004 1246 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W001 (A AML
     11162004 1455 TEXT ORDER ALLOWING DAVID BAKER TO WITHDRAW AND       ROP
     11162004 1455 TEXT APPOINTING SONNY JAMES                           ROP
     11162004 1455 ATTH CAS ATTACHMENT PRINTED                    (AR08) ROP
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM  Document 11-11  Filed 09/22/2005  Page 15 of 29

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL              PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|   OPE
------------------------------------------------------------------------------
      11162004 1459 ATY1 ATTORNEY FOR DEFENDANT: JAMES FRANK S III   (AR10) ROP
      11192004 1133 SERC SERVICE OF NO SERVICE       ON 11152004 FOR W009 (A AML
      11232004 1546 TEXT MOTION TO WITHDRAW                                 ROP
      11232004 1546 TEXT ORDER ALLOWING SONNY JAMES TO WITHDRAW AND         ROP
      11232004 1546 TEXT APPOINTING AL SMITH                                ROP
      11232004 1547 ATY1 ATTORNEY FOR DEFENDANT: SMITH SYDNEY ALBERT (AR10) ROP
      11242004 0919 SERC SERVICE OF NO SERVICE       ON 11162004 FOR W006 (A AMC
      11242004 0920 SERC SERVICE OF NO SERVICE       ON 11162004 FOR W005 (A AMC
      12022004 1413 TEXT NOTICE OF APPEARANCE                                PAH
      12022004 1413 TEXT MOTION FOR DISCOVERY                                PAH
      12082004 1502 TEXT WRIT OF MANDAMUS TO CRT CRIM APPEALS                ROP
      12162004 1052 TEXT ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS      ROP
      12202004 1456 TEXT ASSERTION OF RIGHT TO PROCEED EX PARTE ON           ROP
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1       OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA    VS   JONES LARRYIE EARL              PC PRNTR: N
--------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
--------------------------------------------------------------------------------
      12202004 1456 TEXT APPLICATION FOR FUNDS                             ROP
      12202004 1456 TEXT EX PARTE APPLICATION #1                           ROP
      01312005 1126 PRTY PARTY ADDED  W014   MARK KYSER           (AW21) ROP
      01312005 1126 SERV PARTY W014 SERVED DATE: 11102004   TYPE: SERVED PER ROP
      01312005 1126 ISSD PARTY W014 ISSUED DATE: 11092004   TYPE: SHERIFF  ROP
      01312005 1127 PRTY PARTY ADDED  W015   MIKE BENAK          (AW21) ROP
      01312005 1127 PRTY PARTY ADDED  W016   VAUGHN BARRON       (AW21) ROP
      02112005 0846 SERC SERVICE OF SERVED PERSON   ON 02082005 FOR W016 (A AMC
      02112005 1157 DAT1 SET FOR: JURY TRIAL ON 02/28/2005 AT 0900A  (AR01) PAH
      02152005 1511 TEXT ORDER RE: EX PART APPLICATION #1                  ROP
      02182005 1751 TEXT ORDER; CONTINUED ON MOTION OF DEFENDANT           ROP
      02242005 0822 SERC SERVICE OF SERVED PERSON   ON 02172005 FOR W015 (A AMC
      03032005 1321 TEXT FOR WRIT OF HABEAS CORPUS--DENIED 3-4-05          ROP
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP

Session  PASSPORT                                              September 09 2005 14:43:32

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
   STYLE/NAME: STATE OF ALABAMA  VS  JONES LARRYIE EARL           PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|   OPE
-----------------------------------------------------------------------------
      03082005 1345 TEXT NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS   LEG
      03102005 1331 APPL CASE APPEALED ON: 03/18/2005              (AR10)   LEG
      03102005 1331 APPL APPEAL "TO" TYPE: "H"                     (AR10)   LEG
      03102005 1332 ADD1 ADDR1 CHANGED FROM: 1005 BARNES ST LOT 4  (AR01)   LEG
      03102005 1332 CITY HOME CITY CHANGED FROM: OPP               (AR01)   LEG
      03102005 1338 APDT APPEAL DATE CHANGED FROM: 00/00/0000      (AR11)   LEG
      03102005 1338 ATY1 ATTY 1 CHANGED FROM:                      (AR11)   LEG
      03102005 1338 IRA0 IRA TYPE CHANGED FROM:                    (AR11)   LEG
      03102005 1338 CRP1 COURT REPORTER 1 CHANGED FROM:            (AR11)   LEG
      03102005 1338 ATYW ATYW TYPE CHANGED FROM:                   (AR11)   LEG
      03102005 1338 ATY1 ATTY 1 TYPE CHANGED FROM:                 (AR11)   LEG
      03102005 1338 INTR INDTRL TYPE CHANGED FROM:                 (AR11)   LEG
      03102005 1338 PROS PROSECUTOR CHANGED FROM:                  (AR11)   LEG
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
Session  PASSPORT                                    September 09, 2005  14:43:35

OC01          ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL           PC PRNTR: N
 ------------------------------------------------------------------------------
ACT    DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
 ------------------------------------------------------------------------------
     03102005 1338 APTY APPEAL TYPE CHANGED FROM:                    (AR11) LEG
     03222005 1203 TEXT MOTION FOR A BOND HEARING-DENIED 3-23-05            ROP
     03282005 1624 TEXT ORDER DISMISSING PETITION FOR WRIT OF HABEAS        ROP
     03282005 1624 TEXT CORPUS                                              ROP
     04052005 0900 TEXT APPLICATION FOR REHEARING                          ROP
     04072005 1124 TEXT NOTICE: APPLICATION FOR REHEARING OVERRULED        ROP
     04082005 1629 DAT1 SET FOR: JURY TRIAL ON 04/25/2005 AT 0900A  (AR10) ROP
     04112005 1347 TEXT MOTION TO CONTINUE---GRANTED 4-23-05                ROP
     04112005 1347 TEXT MOTION FOR CUSTODIAN OF EVIDENCE TO TRANSFER        ROP
     04112005 1347 TEXT EVIDENCE                                            ROP
     04112005 1639 SERV PARTY W001 SERVED DATE:         TYPE:       (AW21) PAH
     04112005 1639 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT     PAH
     04112005 1639 SERV PARTY W002 SERVED DATE:         TYPE:       (AW21) PAH
 ------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF         24=HLP
```

```
OC01         ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL              PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
------------------------------------------------------------------------------
    04112005 1639 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21)  PAH
    04112005 1640 SERV PARTY W003 SERVED DATE:         TYPE:    (AW21)     PAH
    04112005 1640 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21)  PAH
    04112005 1648 SERV PARTY W004 SERVED DATE:         TYPE:    (AW21)     PAH
    04112005 1648 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY      PAH
    04112005 1648 SERV PARTY W005 SERVED DATE:         TYPE:    (AW21)     PAH
    04112005 1648 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON       PAH
    04112005 1649 SERV PARTY W006 SERVED DATE:         TYPE:    (AW21)     PAH
    04112005 1649 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21)  PAH
    04112005 1649 SERV PARTY W007 SERVED DATE:         TYPE:    (AW21)     PAH
    04112005 1649 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER      PAH
    04112005 1649 SERV PARTY W008 SERVED DATE:         TYPE:    (AW21)     PAH
    04112005 1649 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21)  PAH
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Case 2:05-cr-00701-MEF-TFM     Document 11-11     Filed 09/22/2005     Page 20 of 29

```
OC01         ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL            PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|  OPE
---------------------------------------------------------------------------
     04112005 1649 SERV PARTY W009 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1649 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY, DP PAH
     04112005 1649 SERV PARTY W010 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1649 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21) PAH
     04112005 1652 SERV PARTY W012 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1652 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON    PAH
     04112005 1652 SERV PARTY W013 SERVED DATE:          TYPE:    (AW21) PAH
     04112005 1652 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER  (AW21) PAH
     04142005 0845 SERC SERVICE OF NO SERVICE       ON 04132005 FOR W012 (A AMC
     04142005 1225 SERV PARTY W015 SERVED DATE:          TYPE:    (AW21) PAH
     04142005 1225 SUBP WITNESS SUBPOENA ISSUED TO W015 MIKE BENAK  (AW21) PAH
     04142005 1226 SERV PARTY W016 SERVED DATE:          TYPE:    (AW21) PAH
     04142005 1226 SUBP WITNESS SUBPOENA ISSUED TO W016 VAUGHN BARRON     PAH
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL            PC PRNTR: N
---------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|    OPE
---------------------------------------------------------------------------------
      04152005 1129 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W004 (A AMC
      04152005 1129 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W013 (A AMC
      04152005 1129 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W008 (A AMC
      04152005 1129 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W007 (A AMC
      04152005 1137 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W002 (A AMC
      04152005 1138 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W010 (A AMC
      04152005 1139 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W003 (A AMC
      04152005 1140 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W001 (A AMC
      04252005 1134 SERC SERVICE OF SERVED PERSON   ON 04192005 FOR W005 (A AMC
      04252005 1137 SERC SERVICE OF SERVED PERSON   ON 04192005 FOR W015 (A AMC
      04252005 1137 SERC SERVICE OF SERVED PERSON   ON 04192005 FOR W006 (A AMC
      04252005 1347 TEXT ORDER FOR CUSTODIAN OF EVIDENCE TO TRANSFER       ROP
      04252005 1347 TEXT EVIDENCE                                          ROP
---------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL              PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |-------------------- COMMENTS -------------------|  OPE
-------------------------------------------------------------------------------
     04252005 1347 TEXT FOR WRIT OF HABEAS CORPUS--DENIED 4-23-05          ROP
     04262005 1537 SERC SERVICE OF SERVED PERSON    ON 04222005 FOR W016 (A AMC
     04272005 1103 TEXT PETITION FOR WRIT OF CERTIORARI TO THE COURT OF    LEG
     04272005 1103 TEXT CRIMINAL APPEALS                                   LEG
     05022005 1401 TEXT MOTION TO DISMISS THE INDICTMENT                   ROP
     05102005 1316 TEXT MOTION TO WITHDRAW                                 ROP
     05102005 1317 TEXT MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY ROP
     05102005 1317 TEXT OF EVIDENCE                                        ROP
     05172005 1004 SERC SERVICE OF SERVED PERSON    ON 04212005 FOR W009 (A AMC
     05182005 1529 TEXT ORDER SETTING HEARING ON MOTION TO W/D 6-3-05      ROP
     05182005 1531 DAT3 SET FOR: MOTION WITHDRAW ON 06/03/2005 AT 0900A    ROP
     06022005 0955 DAT1 SET FOR: JURY TRIAL ON 06/27/2005 AT 0900A  (AR01) PAH
     06022005 1012 SERV PARTY W001 SERVED DATE:          TYPE:     (AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL              PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      06022005 1012 SERV PARTY W002 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1013 SERV PARTY W003 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1013 SERV PARTY W004 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1013 SERV PARTY W005 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1013 SERV PARTY W006 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1014 SERV PARTY W007 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1021 SERV PARTY W008 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1021 SERV PARTY W009 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1022 SERV PARTY W010 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1022 SERV PARTY W012 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1022 SERV PARTY W013 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT    PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21) PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL           PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
---------------------------------------------------------------------------
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON (AW21) PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY      PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON       PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK   (AW21) PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER      PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21)  PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY, DP  PAH
      06022005 1022 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM    (AW21) PAH
      06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON     PAH
      06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER   (AW21) PAH
      06022005 1023 SUBP WITNESS SUBPOENA ISSUED TO W014 MARK KYSER   (AW21) PAH
      06032005 0952 TEXT ORDER ALLOWING AL SMITH TO WITHDRAW AND APPOINTING  ROP
      06032005 0952 TEXT RILEY POWELL                                        ROP
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000418 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL             PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|   OPE
-------------------------------------------------------------------------------
      06032005 0952 ATY1 ATTORNEY FOR DEFENDANT: POWELL A RILEY IV    (AR10) ROP
      06082005 0908 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W002 (A AMC
      06082005 0908 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W007 (A AMC
      06082005 0908 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W008 (A AMC
      06082005 0908 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W004 (A AMC
      06082005 0909 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W013 (A AMC
      06082005 0909 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W010 (A AMC
      06082005 0909 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W003 (A AMC
      06082005 0909 SERC SERVICE OF NO SERVICE      ON 06062005 FOR W012 (A AMC
      06082005 0909 SERC SERVICE OF SERVED PERSON   ON 06062005 FOR W001 (A AMC
      06102005 0808 TEXT MOTION TO REMAND TO DISTRICT COURT               ROP
      06142005 0856 SERC SERVICE OF NO SERVICE      ON 06082005 FOR W005 (A AMC
      06142005 0857 SERC SERVICE OF SERVED PERSON   ON 06082005 FOR W006 (A AMC
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM    Document 11-11    Filed 09/22/2005    Page 26 of 29

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL            PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------| OPE
------------------------------------------------------------------------------
      06172005 0816 SERC SERVICE OF SERVED PERSON    ON 06082005 FOR W009 (A AMC
      06272005 1416 TEXT MOTION FOR CONTINUANCE--GRANTED 6-28-05            ROP
      07122005 1108 TEXT CERTIFICATE OF JUDGMENT-WRIT DENIED                ROP
      07182005 1011 TEXT NOTICE FOR "FAIR WARNING" NOTICE OF A "COMPLAINT"  ROP
      08082005 0956 DAT1 SET FOR: JURY TRIAL ON 09/26/2005 AT 0900A  (AR01) PAH
      08082005 1004 SERV PARTY W001 SERVED DATE:         TYPE:     (AW21)  PAH
      08082005 1004 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT    PAH
      08082005 1005 SERV PARTY W002 SERVED DATE:         TYPE:     (AW21)  PAH
      08082005 1005 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES (AW21) PAH
      08082005 1005 SERV PARTY W003 SERVED DATE:         TYPE:     (AW21)  PAH
      08082005 1005 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21) PAH
      08082005 1005 SERV PARTY W004 SERVED DATE:         TYPE:     (AW21)  PAH
      08082005 1005 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY     PAH
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
Session   PASSPORT                                    September 09 2005   14:43:55

OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000418 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
  STYLE/NAME: STATE OF ALABAMA  VS  JONES LARRYIE EARL           PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
      08082005 1006 SERV PARTY W005 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1006 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON      PAH
      08082005 1006 SERV PARTY W006 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1006 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
      08082005 1006 SERV PARTY W007 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1006 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER     PAH
      08082005 1006 SERV PARTY W008 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1006 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21) PAH
      08082005 1006 SERV PARTY W009 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1006 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY, DP PAH
      08082005 1007 SERV PARTY W010 SERVED DATE:          TYPE:      (AW21) PAH
      08082005 1007 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21) PAH
      08082005 1007 AWPR VAUGHN BARRON DELETED   W011                (AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1   OCSOC01

CASE NUMBER: CC 2003 000418 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARRYIE EARL           PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
-------------------------------------------------------------------------------
     08082005 1016 SERV PARTY W012 SERVED DATE:          TYPE:     (AW21) PAH
     08082005 1016 SUBP WITNESS SUBPOENA ISSUED TO W012 JUNIOR ANDERSON   PAH
     08082005 1016 SERV PARTY W013 SERVED DATE:          TYPE:     (AW21) PAH
     08082005 1016 SUBP WITNESS SUBPOENA ISSUED TO W013 MARK KYSER  (AW21) PAH
     08122005 1053 SERV PARTY W002 SERVED DATE: 08102005   TYPE: SERVED PER PAH
     08122005 1101 SERV PARTY W010 SERVED DATE: 08102005   TYPE: SERVED PER PAH
     08122005 1200 SERV PARTY W001 SERVED DATE: 08102005   TYPE: SERVED PER PAH
     08122005 1204 SERV PARTY W003 SERVED DATE: 08102005   TYPE: SERVED PER PAH
     08172005 1436 SERC SERVICE OF SERVED PERSON     ON 08122005 FOR W008 (A AMC
     08172005 1439 SERC SERVICE OF SERVED PERSON     ON 08122005 FOR W007 (A AMC
     08172005 1441 SERC SERVICE OF AUTHORIZED        ON 08122005 FOR W012 (A AMC
     08172005 1441 SERC SERVICE OF SERVED PERSON     ON 08122005 FOR W012 (A AMC
     08172005 1445 SERC SERVICE OF SERVED PERSON     ON 08122005 FOR W004 (A AMC
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000418 00    TRANS DATE/TIME: 00000000 0000      JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARRYIE EARL                PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS -----------------|  OPE
---------------------------------------------------------------------------
     08222005 1021 SERC SERVICE OF NO SERVICE     ON 08162005 FOR W005 (A AMC
     08222005 1024 SERC SERVICE OF SERVED PERSON  ON 08162005 FOR W006 (A AMC
     08302005 1552 SERC SERVICE OF SERVED PERSON  ON 08162005 FOR W009 (A CAG
     09082005 0842 TEXT NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS  LEG
     09082005 1010 TEXT NOTICE OF APPEAL TO THE AL COURT OF CRIMINAL       LEG
     09082005 1010 TEXT APPEALS BY THE TRIAL COURT CLERK                   LEG
     09092005 0841 APPL CASE APPEALED ON: 09/08/2005            (AR10) LEG
     09092005 0841 APPL APPEAL "TO" TYPE: "P"                   (AR10) LEG




---------------------------------------------------------------------------
*** THERE ARE NO MORE RECORDS ON-FILE FOR THE CASE ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```