```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL            PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
---------------------------------------------------------------------------
      09172003 1212 TEXT INDICTMENT                                        CAG
      09292003 1212 TEXT WARRANT OF ARREST RET'D                           CAG
      10022003 1210 DAT1 SET FOR: APPOINTMENT OF COU ON 10/21/2003 AT 0900A CAG
      10022003 1421 ATY1 ATTORNEY FOR DEFENDANT: LANIER GRADY O III  (AR10) ROP
      10022003 1423 TEXT ORDER ON INITIAL APPEARANCE                       ROP
      10022003 1423 TEXT AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER       ROP
      10022003 1423 TEXT APPOINTING GRADY LANIER                           ROP
      10212003 1726 TEXT PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT      ROP
      10212003 1733 TEXT MOTION TO DISMISS                                 ROP
      10212003 1733 TEXT DISCOVERY REQUEST BY DEFENDANT                    ROP
      10302003 1355 TEXT REQUEST FOR DISCOVERY                             ROP
      10302003 1355 TEXT ANSWER TO MOTION FOR DISCOVERY                    ROP
      10302003 1355 TEXT MOTION TO CONSOLIDATE CHARGES FOR TRIAL AND MOTION ROP
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE FILE     ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```



EXHIBIT

K

Case 2:05-cv-00701-MEF-TFM    Document 11-12    Filed 09/22/2005    Page 2 of 29

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL                PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE    TIME CODE |-------------------- COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
      10302003 1355 TEXT FOR HEARING ON THE ISSUE                           ROP
      10312003 1355 TEXT ORDER SETTING HEARING 12-16-03 AT 9:00 A.M.        ROP
      10312003 1356 DAT1 SET FOR: MOT CONSOLIDATE ON 12/16/2003 AT 0900A    ROP
      12162003 0855 TEXT ORDER GRANTING MOTION TO CONSOLIDATE CHARGES       ROP
      01072004 1046 DAT2 SET FOR: SETTLEMENT DOCKET/ ON 03/16/2004 AT 0400P ROP
      01202004 1310 TEXT AMENDED ANSWER TO MOTION FOR DISCOVERY             ROP
      02042004 0850 TEXT MOTION FOR BOND OR REINSTATE BOND - 2/5/04         PAH
      02042004 0851 TEXT ORDER; THERE IS NOTHING TO INDICATE THAT THE       PAH
      02042004 0851 TEXT DEFENDANT IS NOT ALLOWED A BOND WITH RESPECT       PAH
      02042004 0851 TEXT TO THIS PARTICULAR PROCEEDING.                     PAH
      02262004 1420 TEXT ORDER; CONTINUED ON DEFENSE MOTION                 ROP
      03022004 1247 REDT DEFENDANT RELEASED FROM JAIL: 02/28/2004   (AR01)  CAG
      05242004 1107 DAT1 SET FOR: JURY TRIAL ON 06/21/2004 AT 0900A (AR01)  PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL          PC PRNTR: N
----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
----------------------------------------------------------------------------
      05242004 1107 PAD1 PARTY W001 ADD1 CHANGED FROM: OPP PD        (AW21) PAH
      05242004 1107 PZCS PARTY W001 ZCS CHANGED FROM: 36467 0000 OPP (AW21) PAH
      05242004 1107 SERV PARTY W001 SERVED DATE:          TYPE:      (AW21) PAH
      05242004 1107 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT    PAH
      05242004 1107 SERV PARTY W002 SERVED DATE:          TYPE:      (AW21) PAH
      05242004 1107 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21) PAH
      05242004 1108 PRTY PARTY ADDED   W003   GREG JACKSON           (AW21) PAH
      05242004 1108 PRTY PARTY ADDED   W004   NICKEY CARNLEY         (AW21) PAH
      05242004 1108 PRTY PARTY ADDED   W005   VAUGHN BARRON          (AW21) PAH
      05242004 1109 PRTY PARTY ADDED   W006   MIKE BENAK             (AW21) PAH
      05242004 1109 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21) PAH
      05242004 1109 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY     PAH
      05242004 1109 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON      PAH
----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM    Document 11-12    Filed 09/22/2005    Page 4 of 29

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
   STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL          PC PRNTR: N
    ---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS -----------------|  OPE
    ---------------------------------------------------------------------------
      05242004 1109 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
      05242004 1126 FESH FEE SHEET PRINTED                           (AR08) PAH
      06012004 0819 SERV PARTY W002 SERVED DATE: 05252004  TYPE: SERVED PER AML
      06012004 0819 SERV PARTY W001 SERVED DATE: 05252004  TYPE: SERVED PER AML
      06012004 0823 SERV PARTY W003 SERVED DATE: 05252004  TYPE: SERVED PER AML
      06032004 0812 SERV PARTY W004 SERVED DATE: 05262004  TYPE: SERVED PER AML
      06092004 1031 SERV PARTY W006 SERVED DATE: 06032004  TYPE: SERVED PER AML
      06092004 1031 SERV PARTY W005 SERVED DATE: 06032004  TYPE: SERVED PER AML
      06212004 0806 TEXT ANSWER TO MOTION FOR DISCOVERY                    ROP
      06222004 1530 TEXT ORDER; DEFT FTA; ISSUE ALIAS AND INSTITUTE        ROP
      06222004 1530 TEXT BOND FORFEITURE                                   ROP
      06222004 1530 AWAR ALIAS WARRANT ISSUED: 06/22/2004          (AR08) ROP
      06232004 0939 PRTY PARTY ADDED  S001  LEWIS MARILYN           (AW21) ROP
    ---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

Case 2:05-cv-00701-MEF-TFM   Document 11-12   Filed 09/22/2005   Page 5 of 29

September 03, 2005 14:44:12

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000419 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
  STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL              PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
      06232004 0940 PRTY PARTY ADDED  S002  JACKSON CAROLYN         (AW21) ROP
      06232004 0941 PRTY PARTY ADDED  S003  JACKSON ROBERT          (AW21) ROP
      07152004 1007 TEXT ORDER THAT A HEARING BE HELD 7/22/04 AT 10:45     CAG
      07152004 1007 TEXT A.M. TO DECIDE WHETHER OR NOT NEW BOND WILL BE     CAG
      07152004 1007 TEXT ALLOWED. /S/MAM                                   CAG
      07152004 1013 TEXT REQUEST FOR BONDSMAN OFF BOND - ORDER; DEFT IS     CAG
      07152004 1013 TEXT REMANDED TO CUSTODY, HIS BONDSMEN BEING EXONERATED CAG
      07162004 1009 DAT1 SET FOR:  BOND HEARING ON 07/22/2004 AT 1045A      CAG
      07222004 1011 WARR "S" WARRANT SERVICE ON: 07/15/2004         (AR10) ROP
      07222004 1011 WARR WARRANT LOCATION IS: H ON: 07/22/2004       (AR10) ROP
      07222004 1355 TEXT ORDER; DEFENDANT SHALL BE HELD IN CUSTODY          ROP
      07222004 1355 TEXT IN THIS CASE FOR THE TIME BEING PENDING TRIAL      ROP
      07232004 1050 DAT1 SET FOR: JURY TRIAL ON 09/20/2004 AT 0900A  (AR01) PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Session   PASSPORT
Case 2:05-cv-00701-MEF-TFM   Document 11-12   Filed 09/22/2005   Page 6 of 29
September   2005   14:44:14

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS -------------------|  OPE
-----------------------------------------------------------------------------
     07262004 1639 SERV PARTY W001 SERVED DATE:          TYPE:     (AW21) PAH
     07262004 1639 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT    PAH
     07262004 1639 SERV PARTY W002 SERVED DATE:          TYPE:     (AW21) PAH
     07262004 1639 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES (AW21) PAH
     07262004 1640 SERV PARTY W003 SERVED DATE:          TYPE:     (AW21) PAH
     07262004 1640 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21) PAH
     07262004 1640 SERV PARTY W004 SERVED DATE:          TYPE:     (AW21) PAH
     07262004 1640 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY     PAH
     07262004 1640 SERV PARTY W005 SERVED DATE:          TYPE:     (AW21) PAH
     07262004 1640 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON      PAH
     07262004 1640 SERV PARTY W006 SERVED DATE:          TYPE:     (AW21) PAH
     07262004 1640 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
     07262004 1641 PRTY PARTY ADDED  W007  PHILLIP JOYNER           (AW21) PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL            PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
---------------------------------------------------------------------------
    07262004 1641 PRTY PARTY ADDED    W008   KEVIN CHANCE          (AW21) PAH
    07262004 1641 PRTY PARTY ADDED    W009   BROCK GWALTNEY        (AW21) PAH
    07262004 1641 PRTY PARTY ADDED    W010   MARK ODOM             (AW21) PAH
    07262004 1642 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER     PAH
    07262004 1642 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21) PAH
    07262004 1642 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY     PAH
    07262004 1642 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21) PAH
    07262004 1642 PRTY PARTY ADDED    W011   JUNIOR ANDERSON       (AW21) PAH
    07262004 1642 ISSD PARTY W011 ISSUED DATE: 07262004  TYPE: SHERIFF    PAH
    07262004 1642 PRTY PARTY ADDED    W012   MARK KYSER            (AW21) PAH
    07262004 1643 SUBP WITNESS SUBPOENA ISSUED TO W012 MARK KYSER   (AW21) PAH
    07272004 1101 SUBP WITNESS SUBPOENA ISSUED TO W011 JUNIOR ANDERSON    PAH
    07272004 1232 FESH FEE SHEET PRINTED                          (AR08) PAH
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

Case 2:05-cv-00701-MEF-TFM   Document 11-12   Filed 09/22/2005   Page 8 of 29

```
Session  PASSPORT                                            September 15, 2005 14:44:19

OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL                PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------| OPE
------------------------------------------------------------------------------
     08022004 0835 SERV PARTY W009 SERVED DATE: 07292004   TYPE: NO SERVICE AML
     08032004 1508 SERV PARTY W007 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08032004 1508 SERV PARTY W008 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08032004 1508 SERV PARTY W004 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08032004 1515 SERV PARTY W011 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08032004 1515 SERV PARTY W012 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08032004 1517 SERV PARTY W010 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08032004 1526 SERV PARTY W002 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08032004 1529 SERV PARTY W001 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08032004 1529 SERV PARTY W003 SERVED DATE: 07282004   TYPE: SERVED PER AML
     08122004 1121 TEXT MOTION FOR BOND OR REINSTATE BOND                  ROP
     08182004 0850 TEXT MOTION DENIED                                      PAH
     08302004 1155 TEXT MOTION TO WARRANT CONSIDERATION BY THE COURT       ROP
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL               PC PRNTR: N
--------------------------------------------------------------------------------
ACT    DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
--------------------------------------------------------------------------------
     08302004 1156 TEXT DENIED 8-31-04                                       ROP
     08312004 1408 SERV PARTY W006 SERVED DATE: 08262004   TYPE: SERVED PER  AML
     09022004 1412 TEXT MOTON FOR JUDGMENT OF ACQUITTAL                      ROP
     09032004 1421 SERV PARTY W005 SERVED DATE: 08302004   TYPE: SERVED PER  AML
     09032004 1429 SERV PARTY W001 SERVED DATE:            TYPE:    (AW21)   PAH
     09032004 1429 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT      PAH
     09032004 1429 SERV PARTY W004 SERVED DATE:            TYPE:    (AW21)   PAH
     09032004 1429 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY       PAH
     09032004 1430 SERV PARTY W005 SERVED DATE:            TYPE:    (AW21)   PAH
     09032004 1431 ISSD PARTY W001 ISSUED DATE: 07262004   TYPE: SHERIFF     PAH
     09032004 1433 SERV PARTY W001 SERVED DATE: 07282004   TYPE: SERVED PER  PAH
     09032004 1433 ISSD PARTY W004 ISSUED DATE: 07262004   TYPE: SHERIFF     PAH
     09032004 1433 SERV PARTY W004 SERVED DATE: 07282004   TYPE: SERVED PER  PAH
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000419 00   TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL             PC PRNTR: N
------------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|  OPE
------------------------------------------------------------------------------
      09132004 1646 TEXT REQUEST OF DEFENDANT FOR PRODUCTION BY STATE       ROP
      09242004 1115 TEXT ORDER ALLOWING GRADY LANIER TO WITHDRAW AND        ROP
      09242004 1115 TEXT APPOINTING GRADY LANIER UNLESS DEFT RETAINS        ROP
      09242004 1115 TEXT ATTORNEY WITHIN 30 DAYS                            ROP
      09242004 1116 ATY1 ATTORNEY FOR DEFENDANT: BAKER DAVID STUART  (AR10) ROP
      09272004 0807 TEXT MOTION FOR DISCOVERY                               ROP
      09272004 0807 TEXT MOTION TO DISMISS OR GRANT OTHER APPROPRIATE       ROP
      09272004 0807 TEXT RELIEF                                             ROP
      09292004 1645 TEXT MOTION FOR RECONSIDERATION FOR BOND BY THE COURT   CAG
      09292004 1646 TEXT DENIED 9-30-04                                     ROP
      10012004 1508 TEXT DISCOVERY PRODUCTION TO NEW COUNSEL                ROP
      10012004 1545 TEXT REQUEST FOR DISCOVERY FROM NEW COUNSEL             ROP
      10052004 1604 TEXT LETTER FROM DR. WILLIAMS - DENIED                  PAH
------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL               PC PRNTR: N
-------------------------------------------------------------------------------
ACT    DATE    TIME CODE |-------------------- COMMENTS ------------------|   OPE
-------------------------------------------------------------------------------
     10182004 1527 TEXT MOTION FOR PROCEDURE FOR DETERMINATION OF             ROP
     10182004 1527 TEXT RELEASE CONDITIONS                                    ROP
     10222004 1502 TEXT MOTION TO HAVE BAIL REDUCED                           ROP
     10292004 1323 TEXT MOTION TO CORRECT CLERICAL ERROR                      ROP
     11032004 1324 TEXT MOTION FOR FAST AND SPEEDY TRIAL                      ROP
     11052004 1138 TEXT MOTION TO SHOW GOOD CAUSE WHY THE INDICTMENT          ROP
     11052004 1138 TEXT SHOULD BE DISMISSED                                   ROP
     11092004 1202 DAT1 SET FOR: JURY TRIAL ON 11/15/2004 AT 0900A  (AR01)    PAH
     11092004 1211 SERV PARTY W001 SERVED DATE:          TYPE:    (AW21)      PAH
     11092004 1211 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT       PAH
     11092004 1212 SERV PARTY W002 SERVED DATE:          TYPE:    (AW21)      PAH
     11092004 1212 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21)    PAH
     11092004 1212 SERV PARTY W003 SERVED DATE:          TYPE:    (AW21)      PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF          24=HLP
```

Session PASSPORT

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL                PC PRNTR: N
--------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|   OPE
--------------------------------------------------------------------------------
     11092004 1212 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON (AW21) PAH
     11092004 1212 SERV PARTY W004 SERVED DATE:          TYPE:     (AW21) PAH
     11092004 1212 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY     PAH
     11092004 1212 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON      PAH
     11092004 1212 SERV PARTY W006 SERVED DATE:          TYPE:     (AW21) PAH
     11092004 1213 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
     11092004 1213 SERV PARTY W007 SERVED DATE:          TYPE:     (AW21) PAH
     11092004 1213 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER     PAH
     11092004 1213 SERV PARTY W008 SERVED DATE:          TYPE:     (AW21) PAH
     11092004 1213 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21) PAH
     11092004 1213 PNME PARTY W009 NAME CHANGED FROM: BROCK GWALTNEY(AW21) PAH
     11092004 1213 PAD1 PARTY W009 ADD1 CHANGED FROM: 702 OLD ELBA ROAD    PAH
     11092004 1213 PZCS PARTY W009 ZCS CHANGED FROM: 36467 0000 OPP (AW21) PAH
--------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL                PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
-----------------------------------------------------------------------------
    11092004 1213 SERV PARTY W009 SERVED DATE:          TYPE:    (AW21) PAH
    11092004 1213 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY, DP PAH
    11092004 1214 SERV PARTY W010 SERVED DATE:          TYPE:    (AW21) PAH
    11092004 1214 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21) PAH
    11092004 1214 SERV PARTY W011 SERVED DATE:          TYPE:    (AW21) PAH
    11092004 1214 SUBP WITNESS SUBPOENA ISSUED TO W011 JUNIOR ANDERSON    PAH
    11092004 1214 SERV PARTY W012 SERVED DATE:          TYPE:    (AW21) PAH
    11092004 1214 SUBP WITNESS SUBPOENA ISSUED TO W012 MARK KYSER  (AW21) PAH
    11152004 0853 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W007 (A AML
    11152004 0853 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W008 (A AML
    11152004 0854 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W004 (A AML
    11152004 0854 SERC SERVICE OF SERVED PERSON    ON 11102004 FOR W012 (A AML
    11152004 0855 SERC SERVICE OF NO SERVICE       ON 11102004 FOR W011 (A AML
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL              PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|   OPE
---------------------------------------------------------------------------
      11162004 1118 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W010 (A AML
      11162004 1119 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W002 (A AML
      11162004 1243 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W001 (A AML
      11162004 1245 SERC SERVICE OF SERVED PERSON   ON 11122004 FOR W003 (A AML
      11162004 1454 ATY1 ATTORNEY FOR DEFENDANT: JAMES FRANK S III   (AR10) ROP
      11162004 1455 TEXT ORDER ALLOWING DAVID BAKER TO WITHDRAW AND          ROP
      11162004 1455 TEXT APPOINTING SONNY JAMES                              ROP
      11162004 1455 ATTH CAS ATTACHMENT PRINTED                      (AR08) ROP
      11192004 1134 SERC SERVICE OF NO SERVICE       ON 11152004 FOR W009 (A AML
      11232004 1546 TEXT MOTION TO WITHDRAW                                  ROP
      11232004 1546 TEXT ORDER ALLOWING SONNY JAMES TO WITHDRAW AND          ROP
      11232004 1546 TEXT APPOINTING AL SMITH                                 ROP
      11232004 1548 ATY1 ATTORNEY FOR DEFENDANT: SMITH SYDNEY ALBERT (AR10) ROP
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL            PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|   OPE
---------------------------------------------------------------------------
    11242004 0918 SERC SERVICE OF NO SERVICE     ON 11162004 FOR W006 (A AMC
    11242004 0920 SERC SERVICE OF NO SERVICE     ON 11162004 FOR W005 (A AMC
    12022004 1413 TEXT NOTICE OF APPEARANCE                              PAH
    12022004 1413 TEXT MOTION FOR DISCOVERY                              PAH
    12082004 1502 TEXT WRIT OF MANDAMUS TO CRT CRIM APPEALS              ROP
    12162004 1052 TEXT ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS    ROP
    12202004 1456 TEXT ASSERTION OF RIGHT TO PROCEED EX PARTE ON         ROP
    12202004 1456 TEXT APPLICATION FOR FUNDS                             ROP
    12202004 1456 TEXT EX PARTE APPLICATION #1                           ROP
    01312005 1128 PRTY PARTY ADDED  W013   MIKE BENAK           (AW21) ROP
    01312005 1128 ISSD PARTY W013 ISSUED DATE: 01262005   TYPE: SHERIFF  ROP
    01312005 1128 PRTY PARTY ADDED   W014   VAUGHN BARRON       (AW21) ROP
    01312005 1128 ISSD PARTY W014 ISSUED DATE: 01262005   TYPE: SHERIFF  ROP
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1       OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL              PC PRNTR: N
---------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------| OPE
---------------------------------------------------------------------------
      02112005 1157 DAT1 SET FOR: JURY TRIAL ON 02/28/2005 AT 0900A   (AR01) PAH
      02142005 1414 SERC SERVICE OF SERVED PERSON    ON 02092005 FOR W014 (A AMC
      02142005 1414 SERC SERVICE OF SERVED PERSON    ON 02092005 FOR W013 (A AMC
      02152005 1511 TEXT ORDER RE: EX PART APPLICATION #1                    ROP
      02182005 1751 TEXT ORDER; CONTINUED ON MOTION OF DEFENDANT             ROP
      03032005 1321 TEXT FOR WRIT OF HABEAS CORPUS--DENIED 3-4-05            ROP
      03082005 1345 TEXT NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS   LEG
      03102005 1331 APPL CASE APPEALED ON: 03/08/2005             (AR10) LEG
      03102005 1331 APPL APPEAL "TO" TYPE: "H"                    (AR10) LEG
      03102005 1332 ADD1 ADDR1 CHANGED FROM: 1005 BARNES STREET LOT#3 (AR01) LEG
      03102005 1332 CITY HOME CITY CHANGED FROM: OPP               (AR01) LEG
      03102005 1344 APDT APPEAL DATE CHANGED FROM: 00/00/0000      (AR11) LEG
      03102005 1344 INTR INDTRL TYPE CHANGED FROM:                 (AR11) LEG
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1        OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL              PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|   OPE
-------------------------------------------------------------------------------
      03102005 1344 ATYW ATYW TYPE CHANGED FROM:                    (AR11) LEG
      03102005 1344 APTY APPEAL TYPE CHANGED FROM:                  (AR11) LEG
      03102005 1344 IRA0 IRA TYPE CHANGED FROM:                     (AR11) LEG
      03102005 1344 CRP1 COURT REPORTER 1 CHANGED FROM:             (AR11) LEG
      03102005 1344 PROS PROSECUTOR CHANGED FROM:                   (AR11) LEG
      03102005 1344 ATY1 ATTY 1 CHANGED FROM:                       (AR11) LEG
      03102005 1344 ATY1 ATTY 1 TYPE CHANGED FROM:                  (AR11) LEG
      03222005 1203 TEXT MOTION FOR A BOND HEARING-DENIED 3-23-05          ROP
      03282005 1624 TEXT ORDER DISMISSING PETITION FOR WRIT OF HABEAS      ROP
      03282005 1624 TEXT CORPUS                                            ROP
      04052005 0900 TEXT APPLICATION FOR REHEARING                         ROP
      04072005 1124 TEXT NOTICE: APPLICATION FOR REHEARING OVERRULED       ROP
      04082005 1629 DAT1 SET FOR: JURY TRIAL ON 04/25/2005 AT 0900A (AR10) ROP
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL           PC PRNTR: N
 -----------------------------------------------------------------------------
ACT   DATE    TIME CODE |-------------------- COMMENTS ------------------|   OPE
 -----------------------------------------------------------------------------
     04112005 1125 TEXT MOTION FOR ORDER FOR CUSTODIAN OF EVIDENCE TO        ROP
     04112005 1126 TEXT TRANSFER EVIDENCE                                    ROP
     04112005 1330 TEXT MOTION TO CONTINUE--GRANTED 4-23-05                  ROP
     04112005 1650 SERV PARTY W001 SERVED DATE:           TYPE:    (AW21)    PAH
     04112005 1650 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT      PAH
     04112005 1650 SERV PARTY W002 SERVED DATE:           TYPE:    (AW21)    PAH
     04112005 1650 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21)   PAH
     04112005 1650 SERV PARTY W003 SERVED DATE:           TYPE:    (AW21)    PAH
     04112005 1650 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21)   PAH
     04112005 1650 SERV PARTY W004 SERVED DATE:           TYPE:    (AW21)    PAH
     04112005 1650 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY       PAH
     04112005 1651 SERV PARTY W005 SERVED DATE:           TYPE:    (AW21)    PAH
     04112005 1651 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON        PAH
 -----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF         24=HLP
```

```
OC01       ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
-------------------------------------------------------------------------------
ACT    DATE   TIME CODE |-------------------- COMMENTS -------------------|   OPE
-------------------------------------------------------------------------------
      04112005 1651 SERV PARTY W006 SERVED DATE:           TYPE:      (AW21) PAH
      04112005 1651 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK   (AW21) PAH
      04112005 1651 SERV PARTY W007 SERVED DATE:           TYPE:      (AW21) PAH
      04112005 1651 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER      PAH
      04112005 1651 SERV PARTY W008 SERVED DATE:           TYPE:      (AW21) PAH
      04112005 1651 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21) PAH
      04112005 1651 SERV PARTY W009 SERVED DATE:           TYPE:      (AW21) PAH
      04112005 1651 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY, DP PAH
      04112005 1651 SERV PARTY W010 SERVED DATE:           TYPE:      (AW21) PAH
      04112005 1651 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21) PAH
      04112005 1651 SERV PARTY W011 SERVED DATE:           TYPE:      (AW21) PAH
      04112005 1651 SUBP WITNESS SUBPOENA ISSUED TO W011 JUNIOR ANDERSON    PAH
      04112005 1652 SERV PARTY W012 SERVED DATE:           TYPE:      (AW21) PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000      JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
-------------------------------------------------------------------------------
     04112005 1652 SUBP WITNESS SUBPOENA ISSUED TO W012 MARK KYSER   (AW21) PAH
     04142005 0845 SERC SERVICE OF NO SERVICE      ON 04132005 FOR W011 (A AMC
     04142005 1226 SERV PARTY W013 SERVED DATE:          TYPE:     (AW21) PAH
     04142005 1226 SUBP WITNESS SUBPOENA ISSUED TO W013 MIKE BENAK   (AW21) PAH
     04142005 1226 SERV PARTY W014 SERVED DATE:          TYPE:     (AW21) PAH
     04142005 1226 SUBP WITNESS SUBPOENA ISSUED TO W014 VAUGHN BARRON       PAH
     04152005 1128 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W004 (A AMC
     04152005 1128 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W012 (A AMC
     04152005 1129 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W008 (A AMC
     04152005 1129 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W007 (A AMC
     04152005 1137 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W002 (A AMC
     04152005 1138 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W010 (A AMC
     04152005 1139 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W003 (A AMC
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL              PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------| OPE
-----------------------------------------------------------------------------
      04152005 1140 SERC SERVICE OF SERVED PERSON   ON 04132005 FOR W001 (A AMC
      04252005 1137 SERC SERVICE OF SERVED PERSON   ON 04192005 FOR W005 (A AMC
      04252005 1330 TEXT ORDER FOR CUSTODIAN OF EVIDENCE TO TRANSFER      ROP
      04252005 1330 TEXT EVIDENCE                                         ROP
      04252005 1330 TEXT FOR WRIT OF HABEAS CORPUS--DENIED 4-23-05        ROP
      04262005 1535 SERC SERVICE OF SERVED PERSON   ON 04222005 FOR W006 (A AMC
      04262005 1536 SERC SERVICE OF SERVED PERSON   ON 04222005 FOR W013 (A AMC
      04262005 1537 SERC SERVICE OF SERVED PERSON   ON 04222005 FOR W014 (A AMC
      04272005 1103 TEXT PETITION FOR WRIT OF CERTIORARI TO THE COURT OF  LEG
      04272005 1103 TEXT CRIMINAL APPEALS                                 LEG
      05022005 1401 TEXT MOTION TO DISMISS THE INDICTMENT                 ROP
      05102005 1316 TEXT MOTION TO WITHDRAW                               ROP
      05102005 1317 TEXT MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY ROP
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01      ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000419 00   TRANS DATE/TIME: 00000000 0000   JID: MAM
 STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL            PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------| OPE
-----------------------------------------------------------------------------
     05102005 1317 TEXT OF EVIDENCE                                       ROP
     05172005 1004 SERC SERVICE OF SERVED PERSON   ON 04212005 FOR W009 (A AMC
     05182005 1529 TEXT ORDER SETTING HEARING ON MOTION TO W/D 6-3-05     ROP
     05182005 1531 DAT3 SET FOR: MOTION WITHDRAAW ON 06/03/2005 AT 0900A  ROP
     06022005 0955 DAT1 SET FOR: JURY TRIAL ON 06/27/2005 AT 0900A  (AR01) PAH
     06022005 1024 SERV PARTY W001 SERVED DATE:          TYPE:   (AW21) PAH
     06022005 1024 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT   PAH
     06022005 1024 SERV PARTY W002 SERVED DATE:          TYPE:   (AW21) PAH
     06022005 1024 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21) PAH
     06022005 1025 SERV PARTY W003 SERVED DATE:          TYPE:   (AW21) PAH
     06022005 1025 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21) PAH
     06022005 1025 SERV PARTY W004 SERVED DATE:          TYPE:   (AW21) PAH
     06022005 1025 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY    PAH
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL                PC PRNTR: N
----------------------------------------------------------------------------
ACT   DATE   TIME CODE |-------------------- COMMENTS ------------------|  OPE
----------------------------------------------------------------------------
      06022005 1025 SERV PARTY W005 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1025 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON       PAH
      06022005 1026 SERV PARTY W006 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1026 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
      06022005 1026 SERV PARTY W007 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1026 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER      PAH
      06022005 1026 SERV PARTY W008 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1026 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21) PAH
      06022005 1026 SERV PARTY W009 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1026 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY, DP PAH
      06022005 1026 SERV PARTY W010 SERVED DATE:          TYPE:    (AW21) PAH
      06022005 1026 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21) PAH
      06022005 1027 SERV PARTY W011 SERVED DATE:          TYPE:    (AW21) PAH
----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF      24=HLP
```

Case 2:05-cv-00701-MEF-TFM    Document 11-12    Filed 08/22/2005    Page 24 of 29

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON  OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL              PC PRNTR: N
----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------- COMMENTS ------------------|   OPE
----------------------------------------------------------------------------
      06022005 1027 SUBP WITNESS SUBPOENA ISSUED TO W011 JUNIOR ANDERSON     PAH
      06022005 1027 SERV PARTY W012 SERVED DATE:           TYPE:     (AW21)  PAH
      06022005 1028 SUBP WITNESS SUBPOENA ISSUED TO W012 MARK KYSER  (AW21)  PAH
      06032005 0952 TEXT ORDER ALLOWING AL SMITH TO WITHDRAW AND APPOINTING  ROP
      06032005 0952 TEXT RILEY POWELL                                        ROP
      06032005 0954 ATY1 ATTORNEY FOR DEFENDANT: POWELL A RILEY IV    (AR10) ROP
      06032005 0955 ATTH CAS ATTACHMENT PRINTED                       (AR08) ROP
      06062005 1151 FESH FEE SHEET PRINTED                            (AR08) PAH
      06062005 0909 SERC SERVICE OF SERVED PERSON    ON 06062005 FOR W001 (A AMC
      06082005 0909 SERC SERVICE OF NO SERVICE       ON 06062005 FOR W011 (A AMC
      06082005 0909 SERC SERVICE OF SERVED PERSON    ON 06062005 FOR W010 (A AMC
      06082005 0909 SERC SERVICE OF SERVED PERSON    ON 06062005 FOR W003 (A AMC
      06082005 0910 SERC SERVICE OF SERVED PERSON    ON 06062005 FOR W012 (A AMC
----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01          ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1      OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000     JID: MAM
 STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL                PC PRNTR: N
----------------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
----------------------------------------------------------------------------------
      06082005 0910 SERC SERVICE OF SERVED PERSON    ON 06062005 FOR W004 (A AMC
      06082005 0910 SERC SERVICE OF SERVED PERSON    ON 06062005 FOR W008 (A AMC
      06082005 0910 SERC SERVICE OF SERVED PERSON    ON 06062005 FOR W007 (A AMC
      06082005 0910 SERC SERVICE OF SERVED PERSON    ON 06062005 FOR W002 (A AMC
      06102005 0808 TEXT MOTION TO REMAND TO DISTRICT COURT               ROP
      06142005 0856 SERC SERVICE OF NO SERVICE       ON 06082005 FOR W005 (A AMC
      06142005 0857 SERC SERVICE OF SERVED PERSON    ON 06082005 FOR W006 (A AMC
      06172005 0816 SERC SERVICE OF SERVED PERSON    ON 06082005 FOR W009 (A AMC
      06272005 1416 TEXT MOTION FOR CONTINUANCE--GRANTED 6-28-05          ROP
      07122005 1108 TEXT CERTIFICATE OF JUDGMENT-WRIT DENIED              ROP
      07182005 1011 TEXT NOTICE FOR "FAIR WARNING" NOTICE OF A "COMPLAINT" ROP
      08082005 0957 DAT1 SET FOR: JURY TRIAL ON 09/26/2005 AT 0900A  (AR01) PAH
      08092005 1644 SERV PARTY W001 SERVED DATE:            TYPE:    (AW21) PAH
----------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL            PC PRNTR: N
-------------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------|  OPE
-------------------------------------------------------------------------------
     08092005 1644 SUBP WITNESS SUBPOENA ISSUED TO W001 CHRIS INABINETT    PAH
     08092005 1644 SERV PARTY W002 SERVED DATE:         TYPE:      (AW21) PAH
     08092005 1644 SUBP WITNESS SUBPOENA ISSUED TO W002 BRETT HOLMES(AW21) PAH
     08092005 1644 SERV PARTY W003 SERVED DATE:         TYPE:      (AW21) PAH
     08092005 1644 SUBP WITNESS SUBPOENA ISSUED TO W003 GREG JACKSON(AW21) PAH
     08092005 1645 SERV PARTY W004 SERVED DATE:         TYPE:      (AW21) PAH
     08092005 1645 SUBP WITNESS SUBPOENA ISSUED TO W004 NICKEY CARNLEY     PAH
     08092005 1650 SERV PARTY W005 SERVED DATE:         TYPE:      (AW21) PAH
     08092005 1650 SUBP WITNESS SUBPOENA ISSUED TO W005 VAUGHN BARRON      PAH
     08092005 1650 SERV PARTY W006 SERVED DATE:         TYPE:      (AW21) PAH
     08092005 1650 SUBP WITNESS SUBPOENA ISSUED TO W006 MIKE BENAK  (AW21) PAH
     08092005 1650 SERV PARTY W007 SERVED DATE:         TYPE:      (AW21) PAH
     08092005 1650 SUBP WITNESS SUBPOENA ISSUED TO W007 PHILLIP JOYNER     PAH
-------------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

```
OC01         ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1    OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA  VS  JONES LARYIE EARL              PC PRNTR: N
---------------------------------------------------------------------------
ACT    DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
---------------------------------------------------------------------------
    08092005 1651 SERV PARTY W008 SERVED DATE:          TYPE:    (AW21)  PAH
    08092005 1651 SUBP WITNESS SUBPOENA ISSUED TO W008 KEVIN CHANCE(AW21)  PAH
    08092005 1651 SERV PARTY W009 SERVED DATE:          TYPE:    (AW21)  PAH
    08092005 1651 SUBP WITNESS SUBPOENA ISSUED TO W009 BROCK GWALTNEY, DP  PAH
    08092005 1651 SERV PARTY W010 SERVED DATE:          TYPE:    (AW21)  PAH
    08092005 1651 SUBP WITNESS SUBPOENA ISSUED TO W010 MARK ODOM   (AW21)  PAH
    08092005 1651 SERV PARTY W011 SERVED DATE:          TYPE:    (AW21)  PAH
    08092005 1651 SUBP WITNESS SUBPOENA ISSUED TO W011 JUNIOR ANDERSON    PAH
    08092005 1651 SERV PARTY W012 SERVED DATE:          TYPE:    (AW21)  PAH
    08092005 1651 SUBP WITNESS SUBPOENA ISSUED TO W012 MARK KYSER  (AW21)  PAH
    08122005 1048 SERV PARTY W003 SERVED DATE: 08102005 TYPE: SERVED PER  PAH
    08122005 1058 SERV PARTY W010 SERVED DATE: 08102005 TYPE: SERVED PER  PAH
    08122005 1100 SERV PARTY W002 SERVED DATE: 08102005 TYPE: SERVED PER  PAH
---------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

Session.PASSPORT                                                September 09, 2005, 14:45:03

```
OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON   OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000   JID: MAM
   STYLE/NAME: STATE OF ALABAMA   VS  JONES LARYIE EARL               PC PRNTR: N
  -----------------------------------------------------------------------------
ACT   DATE   TIME CODE |------------------ COMMENTS ------------------| OPE
  -----------------------------------------------------------------------------
      08122005 1158 SERV PARTY W001 SERVED DATE: 08102005   TYPE: SERVED PER PAH
      08172005 1439 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W008 (A AMC
      08172005 1440 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W007 (A AMC
      08172005 1440 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W012 (A AMC
      08172005 1441 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W011 (A AMC
      08172005 1441 SERC SERVICE OF SERVED PERSON   ON 08122005 FOR W004 (A AMC
      08222005 1021 SERC SERVICE OF NO SERVICE      ON 08162005 FOR W005 (A AMC
      08222005 1024 SERC SERVICE OF SERVED PERSON   ON 08162005 FOR W006 (A AMC
      08302005 1552 SERC SERVICE OF SERVED PERSON   ON 08162005 FOR W009 (A CAG
      09082005 0842 TEXT NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS   LEG
      09082005 1010 TEXT NOTICE OF APPEAL TO THE AL COURT OF CRIMINAL        LEG
      09082005 1010 TEXT APPEALS BY THE TRIAL COURT CLERK                    LEG
      09092005 0841 APPL CASE APPEALED ON: 09/08/2005               (AR10) LEG
  -----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF       24=HLP
```

```
OC01         ON-LINE CASE ACTION SUMMARY COUNTY: 23 COVINGTON    OFFICE: 1     OCSOC01

CASE NUMBER: CC 2003 000419 00    TRANS DATE/TIME: 00000000 0000    JID: MAM
  STYLE/NAME: STATE OF ALABAMA   VS   JONES LARYIE EARL              PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE    TIME CODE |------------------ COMMENTS ------------------|  OPE
-----------------------------------------------------------------------------
    09092005 0841 APPL APPEAL "TO" TYPE: "P"                      (AR10) LEG




-----------------------------------------------------------------------------
*** THERE ARE NO MORE RECORDS ON-FILE FOR THE CASE ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```