IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LARYIE EARL JONES | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-701-F |
| | (WO) |
| ANTHONY CLARK, *et al.*, | * |
| Respondents. | * |

_____

**ORDER**

Respondents filed an answer to the instant petition on September 22, 2005. (Doc. No. 11.) Upon consideration of the answer, and for good cause, it is

ORDERED that on or before October 14, 2005 Respondents shall file a supplemental answer addressing the merits of Petitioner's claims of excessive bail and a denial of his Sixth Amendment right to a speedy trial. *See Doggett v. United States,* 505 U.S. 647 (1992); *Barker v. Wingo,* 407 U.S. 514 (1972).

Done this 26th day of September 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE