IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LARYIE EARL JONES | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-701-F |
| | (WO) |
| ANTHONY CLARK, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Pending before the court is Petitioner's Motion to Amend Petition. (Doc. No. 13.) Petitioner seeks to amend the instant 28 U.S.C. § 2241 petition by raising claims which challenge matters related to his entry of a guilty plea in state court on September 27, 2005. Because such claims are not appropriate for review in the instant petition, the motion shall be denied.

Accordingly, it is ORDERED that the Motion to Amend (Doc. No. 13) be and is hereby DENIED.

Done this 13th day of October 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE