IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LARYIE EARL JONES | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-701-F |
| | (WO) |
| ANTHONY CLARK, *et al.*, | * |
| Respondents. | * |

_____

**ORDER**

For good cause, it is

ORDERED that on or before November 2, 2005 Respondents shall SHOW CAUSE for failing to comply with the court's September 26, 2005 order. (*See* Doc. No. 12.)

Done this 24th day of October 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE