1.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

LARYIE EARL JONES, 9:38
2005 OCT 31 A
PETITIONER,

V.                          Civil Action No: 2:05-CV-701-F

ANTHONY CLARK,
    RESPONDENT(S).

## Motion To Requests For Discovery

Comes Now The Petitioner LARYIE EARL JONES, PRO, SE, Moves This Honorable Court For Requests For Discovery Under the Federal Rules of Civil Procedure, And As Therefore States The following grounds;

"Statements of Petitioner"

1. The Petitioner has been confined illegally since July 14 2004 at the Covington County Jail, Andalusia Alabama, For The False Pretense Charges of A Possession of A Controlled Substance, in Case Number CC-2003-187-418-419 Without Bail, And in Case Number CC-2004-347 An Excessive $200,000 Bail For The False Pretense Charge of A Possession of A Controlled Substance, The Trial Judge dismiss Case CC-2004-347 on the 9-27-05.

2. In The Discovery The Petitioner Will demonstrate duration of His Confinement, And demonstrate Prejudices He Will demonstrate Why He Was Denied A Speedy Trial, And He Will demonstrate Why The State

violated criminal rules, Petitioner will demonstrate that the state did not produce any evidence to support a conviction, He will demonstrate how he was held in the county jail without bail, And an excessive bail $200,000 dide prejudiced the Petitioner.

3. Petitioner Requests for Admission, And a list of the documents showing this court what amount of a controlled substance did the Petitioner possession with, And documents of a suppression hearing where the state produce a controlled substance at the hearing, And the transcript And Record of state court proceedings.

4. Petitioner is a indigent Petitioner, He request for appointed of counsel under 18 U.S.C. 3006A(g), And setting of bail pending of this petition because Petitioner for good cause he has been away from his family for over 15 months he has a strong family ties, they having hardship Petitioner will have employment, he is apparent determination to live a useful and productive life, Petitioner is not a flight risk, he not danger to community or pose danger to any other person He has been liveing in Covington county for 15 years, He will come to court when a date is set by this court.

3

5. Petitioner has a expert witnesse that will prove that Petitioner is innocent, he will give a testimony at trial to considered colorable showing of factual innocent because the state never confiscated any controlled substance at any time, doing the arrest.

Wherefore Petitioner prays that this Honorable Court will grant his motion because Petitioner has suffer a lots causeing of procedurally defaulted and prejudice, this court is the last hope for the Petitioner he is still being held illegally confined.

Respectfully submitted this the __28__ day of __OCT__, 2005

_____
Signature of Petitioner.

I declare under penalty of perjury that the above motion and pleading is true and correct.

__10-28-05__
Date

_____
Signature of Petitioner

Certificate of Service

I certify that a copy of the foregoing pleading has been service upon the Attorney General and/or for all parties to this proceed by mailing the same to each by first class United States mail propenal addressed and posted prepaid or personal service on this the __28__ day of __OCT__ __2005__.

_____
Signature of Petitioner