IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LARYIE EARL JONES                    *

     Petitioner,                        *

          v.                          * CIVIL ACTION NO. 2:05-CV-701-F

ANTHONY CLARK,  *et al*.,              *

     Respondents.                       *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Discovery, and for good cause, it is

ORDERED that the motion (Doc. No. 16) be and is hereby DENIED.  The request

may be reconsidered if warranted by further developments in this case.

Done this 2nd day of November 2005.

                     **/s/ Delores R. Boyd**
                     DELORES R. BOYD
                     UNITED STATES MAGISTRATE JUDGE