ORIGINAL
RETURN TO CLERK

## IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,   \*

    PLAINTIFF,   \*

VS.   \*   CASE NO. CC-03-187

LAYRIE EARL JONES,   \*

    DEFENDANT.   \*

FILED IN OFFICE
JUN 1 3 2003

### ORDER

Upon consideration of the motion of the prosecutor seeking a revocation of the defendant's bond, the motion stating with particularity certain facts and circumstances alleged to constitute a material breach of the mandatory conditions of the defendant's release, it is hereby ORDERED that the defendant be forthwith arrested and brought before this Court for a hearing on revocation or modification of the release order, pursuant to Rule 7, Ala.R.Crim.P. A copy of the motion shall be served with this warrant, and the defendant shall be brought before the Court for a hearing within 72 hours of his arrest.

The Clerk shall furnish a copy hereof unto the District Attorney and unto the defendant's attorney, if any.

Done and Ordered this the 13th day of June, 2003.

_____
CIRCUIT JUDGE

CJ or
1005 Barnes St., Lot 30
Opp AL

Executed 6.24.03
    date
by placing _____
    name
in Covington County Jail
    signature

EXHIBIT CC

RECEIVED
JUN 2 0 2003
COVINGTON COUNTY SHERIFF'S DEPT.

State of Alabama
Unified Judicial System
Form CR-10  Rev. 8/98

# CONSOLIDATED APPEARANCE BOND
(District Court, Grand Jury, Circuit Court)

Case Number: CC03/87
GJ03 10

IN THE **Circuit** (Circuit or District) COURT OF **Covington** (Name of County), ALABAMA

STATE OF ALABAMA v. **Cayrie Jones**
Defendant

**Cayrie Jones**
and I (we), **All who sign below** (Please print), (Defendant), as principal,

to pay the State of Alabama the sum of $ **15,000** and such costs as authorized by law unless _____, as surety(ies), agree appears before the district court of the county on **to be set** (date) at **9** A.M. (time) (If date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of **DUI 40CS/POP** , or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant: *Cayrie Jones*
Address (print): **1005 Brav St**, City: **Opp**, State: **AL**, Zip: **36467** (L.S.)

Signature of Surety/Agent of Professional Surety or Bail Company: *Emily D. Davis* (L.S.)
SSN: **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**, **Opp AL 36601**
Address: **101 Hickman Cir**

Signature of Surety/Agent of Professional Surety or Bail Company (L.S.)

Date: **02-03-2003**

Approved by: Judge/Magistrate/Sheriff: *Anthony Clark*
By: Deputy Sheriff: *A. Jones*

## Defendant's Information

Date of Birth: **04-26-1960**
Sex: **M**, Height: **5'9"**, Weight: **190**
Social Security Number: **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**
Race: **B**, Hair: **BLK**, Eyes: **Bro**
Driver's License Number: ___ State: ___
Telephone Number: **334-493-2116**
Employer: ___
Employer's Address: ___
Employer's Telephone Number: ___

ACR380

ALABAMA JUDICIAL DATA CENTER
AND JURY OF COVINGTON CITY
WARRANT OF ARREST

GJ 2003 100010.00
TERM #: FEBRUARY

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:
AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF COVINGTON COUNTY
AGAINST     JONES LARYIE EARL
            1005 BARNES ST LOT #30
            OPP                AL 36467-0000

**ORIGINAL** RETURN TO CLERK

CHARGING THE OFFENSE OF:

POSS/REC CONTR. SUBS    13A-012-212                CNTS:  1
Poss of Drug Paraphernalia

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST WITH YOUR RETURN THEREON. IF A JUDGE OF MAGISTRATE OF THIS COURT IS UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF MAGISTRATE IN THE COUNTY OF ARREST.

BOND SET AT:         $13,000.00
DATE ISSUED: 02/19/2003        ROGER A POWELL
                               CLERK                    BY_____

EXECUTED THIS ___14___ DAY OF ___MAY___, _2003_, BY
ARRESTING THE WITHIN NAMED DEFENDANT _____

LAW ENFORCEMENT OFFICER
BY: _____

DEFENDANT'S FEATURES:

HT: 5'09"  HAIR: Blk   DOB: 04/25/1960
WT: 160    SEX: M   EYE: Brn   RACE: B
SSN: 416887473

DEFENDANT IS ORDERED TO APPEAR IN CIRCUIT COURT FOR APPOINTMENT OF COUNSEL ON MARCH 5, 2003, AT 9:00 AM

02/19/2003 PEH

RECEIVED
FEB 20 2003
COVINGTON COUNTY SHERIFF'S DEPT.

| State of Alabama Unified Judicial System | ORDER OF RELEASE FROM JAIL | Case Number |
|---|---|---|
| Form C-42   Rev 6/88 | | CC - 2003 - 187 |

IN THE _CIRCUIT_ COURT OF _COVINGTON_ COUNTY

STATE OF ALABAMA   v.   LARYIE EARL JONES

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _Unlawful Possession of a Controlled Substance & Drug Paraphernalia_

Reason for Release _The State has withdrawn its motion to revoke defendant's bond._

NOTE: THIS RELEASE ORDER APPLIES TO THIS CASE, ONLY!!!

Date _10/28/03_   _[signature]_  By: _____
                  Judge/Clerk

COURT RECORD (Original)   JAILER (Copy)

11/02/2005 14:48   3344282531   CIRCUIT CLERK COV 3CO   PAGE 04

NOV 02 2005 15:51                                    3344282531              PAGE.04

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA, *

    PLAINTIFF, *

VS. *      FILED IN OFFICE

    CASE NO. CC2003-187

LARYIE EARL JONES, *

    DEFENDANT. *

## MOTION FOR REVOCATION OF RELEASE ON BOND

Comes now the State of Alabama, by and through its Chief Assistant District Attorney, Greg L. Gambril, and moves this Honorable Court pursuant to Rule 7.5 of the Alabama Rules of Criminal Procedure to revoke Defendant's bond and as grounds therefore states the following:

1. On or about September 17, 2002, the defendant was arrested in the above-styled cause on the charge of Unlawful Possession of a Controlled Substance and Unlawful Possession of Drug Paraphernalia and was subsequently released. He was later indicted. One of the conditions of his release was that he refrain from committing any criminal offense. Rule 7.3(a)(1), A.R.Crim.P.

2. Since being released on bond, the defendant has been charged with and arrested on new charges of Unlawful Possession of a Controlled Substance and Unlawful Possession of Drug Paraphernalia. A brief statement of the facts from which the new charge arises is as follows, to-wit: On or about June 11, 2003, Opp Police went to the defendant's residence to serve him with an arrest warrant. During a search conducted pursuant to the arrest, officers discovered a metal tube smoking device bearing cocaine residue. After being advised of his Miranda rights, the defendant confessed that the pipe was his and that it was used to smoke crack.[1]

---

[1] The State previously filed to revoke his bond based on this new charge. When he was brought before the Court for appointment of counsel on the indictment, the defendant advised the Court that he was serving time on another offense. At that time, the State withdrew its motion to revoke bond as it was moot. The Court granted this motion. The

3. Also since being released on bond, the defendant was arrested on a second occasion. At this latter time, the defendant was also charged with Unlawful Possession of a Controlled Substance and Unlawful Possession of Drug Paraphernalia. A brief statement of the facts from which the new charge arises is as follows, to-wit: On or about May 14, 2003, Deputy Greg Jackson with the Covington County Sheriff's Department placed the defendant under arrest for an outstanding District Court warrant. During a search incident to arrest, Deputy Jackson found a metal tube smoking device on the defendant's person that bore cocaine residue.[2]

Wherefore, the State requests that a warrant of arrest be issued against the defendant and hearing held, as provided by law, to determine if defendant's bond should be revoked in the above-styled matter.

Respectfully submitted this the 30th day of October, 2003.

GREG L. GAMBRIL
CHIEF ASST. DISTRICT ATTORNEY

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon the defendant and/or counsel for all parties to this proceeding by mailing the same to each by First Class United States Mail, properly addressed and postage prepaid or by personal service on this the 30th day of October, 2003.

---

State has since learned that this is not true and that the defendant has since posted bond. The State now renews its motion to revoke bond on the above grounds.

[2] This charge was not included in the State's previous motion to revoke bond.

```
J370                    ALABAMA JUDICIAL INFORMATION SYSTEM
R: CAG                        CASE ACTION SUMMARY              CASE: CC 2003 000187.00
E:  1                         CIRCUIT   CRIMINAL
                                                               RUN DATE: 05/20/2003
THE CIRCUIT COURT OF COVINGTON
STATE OF ALABAMA                          VS    JONES LARYIE EARL            JUDGE: MAM
CASE: CC 2003 000187.00                         1005 BARNES ST LOT #30
                                                OPP, AL  36467 0000
DOB: 04/25/1960
SSN: 416887473   ALIAS NAMES:   SEX: M  RACE: B  HT: 0 00  WT: 000  HR:     EYES:

CHARGE01: POSS/REC CONTR. SUBS    CODE01: VPCO   LIT: POSS/REC CONTR   TYP: F #: 001
CHARGE02: USE/POSS DRUG PARAPH    CODE02: VDR1                         TYP: M #: 001
OFFENSE DATE: 09/17/2002                  AGENCY/OFFICER: 0230800
DATE WAR/CAP ISS:
DATE   INDICTED: 02/14/2003              DATE ARRESTED: 05/14/2003
DATE   RELEASED: 06/03/03                DATE   FILED: 05/20/2003
       BOND AMOUNT:   $13,000.00 P       DATE HEARING:
DATE 1:                                  SURETIES:
DATE 2:         DESC:                    TIME: 0000
                DESC:                    TIME: 0000
TRACKING NOS: GJ 2003 100010 00  / DC 2002 002425 00  / WR 2002 001458 00
DEF/ATY: Larry Grissett           -A TYPE: Manish Patel         TYPE:
PROSECUTOR: LOGGINS EUGENIA L     00000                         00000

CSE: GJ200310001000   CHK/TICKET NO:
COURT REPORTER:                   SID NO:                    GRAND JURY: 10 - 11
DEF STATUS: JAIL                  DEMAND: 000000000
                                                                        OPER: CAG
TRANS DATE    ACTIONS, JUDGEMENTS, AND NOTES
02/14/2003    INDICTMENT                                                      OPE
05/14/2003    WARRANT OF ARREST RET'D                                         CAG
05/20/2003    CASE ACTION SUMMARY PRINTED                                     CAG
05/20/2003    FEE SHEET PRINTED                           (AR08)              CAG
05/20/2003    CAS ATTACHMENT PRINTED                      (AR08)              CAG
6/3/03        Consolidated Appearance and Continued       (AR08)              CAG
6-13-03       Motion for Revocation of Release on Bond
6-13-03       Order that the deft be taken into custody: Executed 6-24-03
10/07/03      It is hereby ORDERED that a hearing concerning appointment of counsel for
              the defendant should be, and it therefore is, set so as to transpire on the
              20th day of October, 2003, at 9:00 a.m.
                                                    M. ASHLEY McKATHAN, CIRCUIT JUDGE
10/20/03      Hon. Larry Grissett should be, and he hereby is, appointed to represent this
              incarcerated and indigent defendant from this day forward.
                                                    M. ASHLEY McKATHAN, CIRCUIT JUDGE
10/20/03      The defendant is arraigned in open court and pleads "Not guilty and not
```

```
69 ALABAMA  JUDICIAL  INFORMATION  CENTER
           CASE ACTION SUMMARY
              CONTINUATION                CASE: CC 2003 000187.00
                                          JUDGE ID:  MAM
ATE OF ALABAMA                VS    JONES LARYIE EARL
DATE         ACTION, JUDGMENTS, CASE NOTES
```

| Date | Action, Judgments, Case Notes |
|---|---|
| | guilty by reason of mental disease or defect." |
| | *M. ASHLEY McKATHAN, CIRCUIT JUDGE* |
| 10/20/03 | The State's "Motion For Revocation Of Release On Bond" is withdrawn by the prosecutor, and same is accordingly OVERRULED and DENIED. |
| | *M. ASHLEY McKATHAN, CIRCUIT JUDGE* |
| 10-28-03 | Order of Release from Jail |
| 10-30-03 | Request for Discovery |
| 10-30-03 | Answer to motion for discovery |
| 10-30-03 | Motion to Consolidate charges for trial and Motion for Hearing on the Issues — Granted 12/16/03 |
| 10-30-03 | Motion for Revocation of Release on Bond |
| 10-31-03 | Consolidated [illegible] |
| 10-31-03 | Order; deft shall be forthwith arrested; Executed on: |
| 10-31-03 | Order setting hearing 12-16-03 @ 9:00 on Motion to Consolidate |

**ORDER**

_November 24, 2003_

That is continued
( ) on _____
( ) by consent _____ motion.
( ) _____ as case not reached.
( ) Trial re-set for ____/____/____ at ____ m.

*CIRCUIT JUDGE*

| Date | |
|---|---|
| 11/24/03 | Hon. Larry Grissett reports that he has discovered that a conflict of interest prevents him from representing the defendant. He is accordingly allowed to withdraw from defendant's representation, and Hon. Grady Lanier is then appointed to act as counsel for said defendant from this day forward. |
| | *M. ASHLEY McKATHAN, CIRCUIT JUDGE* |
| 11-24-03 | Order revoking bond; bondsman exonerated |
| 11-26-03 | Motion to withdraw — Granted 12/1/03 |
| 11-26-03 | Motion to withdraw as Attorney — Granted 12/1/03 |
| 1-20-04 | Amended Answer to Motion for Discovery |
| 1-20-04 | Motion to withdrawal of Plea — [illegible] — Order; the Deft has not entered any guilty plea. This motion is moot [illegible] |

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,            *

    PLAINTIFF,           *

VS.                          *     CASE NO. CC-2003-187

LARYIE EARL JONES,           *

    DEFENDANT.           *

## ORDER

This cause came on for hearing pursuant to Rule 7.5 of the Alabama Rules of Criminal Procedure in order to determine if the defendant's bond should be revoked.

Defendant was personally present and represented by his attorney of record, Hon. Grady Lanier. The Court took the evidence, and upon consideration thereof the Court finds there is probable cause to believe that the defendant violated the condition of his release imposed by Rule 7.3(a)(2), A.R.Cr.P., by committing a new offense while on bond, all as alleged by the prosecutor's motion. Specifically, there is probable cause to believe that the defendant did, while on said bond, and on or about 05/14/03, commit the new offense of Unlawful Possession of Drug Paraphernalia by having on his person a crack pipe fashioned from a metal tube.

It is therefore ORDERED and ADJUDGED that defendant's bond is revoked, that his bondsmen are exonerated, and that he shall be held in custody pending trial.

DONE and ORDERED this 24th day of November, 2003.

                M. ASHLEY MCKATHAN
                CIRCUIT JUDGE

**FILED IN OFFICE**

**NOV 2 4 2003**

State of Alabama
Unified Judicial System

Form CR-10    Rev. 8/98

# CONSOLIDATED APPEARANCE BOND
(District Court, Grand Jury, Circuit Court)

Case Number

IN THE _____Circuit_____ COURT OF _____Covington_____, ALABAMA
(Circuit or District)                              (Name of County)

STATE OF ALABAMA v. _____Laurie Jones_____
                                      Defendant

I (we), _____Laurie Jones / All who sign below_____ (Defendant), as principal,
(Please print)

to pay the State of Alabama the sum of $ 25,000.00 and such costs as authorized by law _____, as surety(ies), agree
appears before the district court of the county on _____to be set_____ (date) at _____a.__ .M. (time) (If date and time
are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time
to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury
and from session to session thereafter until discharged by law to answer to the charge of _____Bord Rev - Poss - Point_____
_____, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal
to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and
sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially
waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption
that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue
in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above
charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are
otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant: _____Laurie Jones_____ (L.S.)

Address (print): 1005 Barnes St. Lot 37   City: Opp   State: AL   Zip: 36467

Signature of Surety/Agent of Professional Surety or Bail Company: _____Marilyn Lewis_____ (L.S.)

Social Security Number: 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   Telephone Number: 334-858-4236

Address (print): 2252 Rodney J. Evans Rd, Florala, AL 36442

| Signature of Surety/Agent of Professional Surety or Bail Company | (L.S.) |
| Social Security Number | Telephone Number |
| Address (print) | City | State | Zip |

| Signature of Surety/Agent of Professional Surety or Bail Company | (L.S.) |
| Social Security Number | Telephone Number |
| Address (print) | City | State | Zip |

Approved by: Judge/Magistrate/Sheriff: _____Anthony Clark_____

By: Deputy Sheriff: _____Brooke Miller_____

Date: 10-28-03

## Defendant's Information

Date of Birth: 04/06/1960   Sex: M   Height: 509   Weight: 190   Employer:
Social Security Number: 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   Race: B   Hair: BLK   Eyes: BRO   Employer's Address:
Driver's License Number: _____   State: _____   Telephone Number: ( )   Employer's Telephone Number:

COURT RECORD: Original    DEFENDANT: Copy    SURETY: Copy

**ORIGINAL**
**RETURN TO CLERK**

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                *

    PLAINTIFF,              *

VS.                              *     CASE NO. CC-2003-187

LAYRIE EARL JONES,               *

    DEFENDANT.              *

ORDER

Upon consideration of the motion of the prosecutor seeking a revocation of the defendant's bond, the motion stating with particularity certain facts and circumstances alleged to constitute a material breach of the mandatory conditions of the defendant's release, it is hereby ORDERED that the defendant be forthwith arrested and brought before this Court for a hearing on revocation or modification of the release order, pursuant to Rule 7, Ala.R.Crim.P. A copy of the motion shall be served with this warrant, and the defendant shall be brought before the Court for a hearing within 72 hours of his arrest.

The Clerk shall furnish a copy hereof unto the District Attorney and unto the defendant's attorney, if any.

Done and Ordered this the 31st day of October, 2003.

**FILED IN OFFICE**

**OCT 3 1 2003**

_____
CIRCUIT JUDGE

Executed 10-21-03
        date
by placing Layrie Jones
        name
in Covington County Jail
_____
    signature