EXHIBIT
(A)

IN THE CIRCUIT COURT OF COVINGTON COUNTY ALABAMA

LARYIE EARL JONES,
    DEFENDANT,

V.

STATE OF ALABAMA,
    PLAINTIFF.

CASE NO: CC-2003-187

**ORDER**
October 15, 20 05
A hearing on the matters contained in this document is set for 11/08/05 at 9:00 A.M.
_____
CIRCUIT JUDGE

"RULE 14."
MOTION FOR ARRAIGNMENT AND TO WITHDRAW A PLEA OF GUILTY

COMES NOW THE DEFENDANT LARYIE EARL JONES, PRO SE, MOVES THE COURT FOR ARRAIGNMENT AND TO WITHDRAW A PLEA OF GUILTY AND AS THERE FORE STATES THE FOLLOWING GROUNDS:

FILED IN OFFICE
OCT 07 2005

1. ON OR ABOUT, 9-27-05, THE TRIAL JUDGE FAILS TO STRICTLY COMPLY WITH THE PROCEDURAL REQUIREMENTS FOR THE ENTRY OF DEFENDANT GUILTY PLEA, THE TRIAL JUDGE FAILS TO PROPERLY ADVISE THE DEFENDANT OF THE MINIMUM AND MAXIMUM SENTENCE THE DEFENDANT COULD RECEIVE, DEFENDANT SEEK TO WITHDRAW THE PLEA OF GUILTY AND APPEAL TO A TRIAL COURT'S RULING ON THE MOTION.

2. THE DEFENDANT HAS BEEN INCARCERATED AT THE COVINGTON COUNTY JAIL WAITING TO BE TRIAL SINCE JULY 14, 2004, THE TRIAL JUDGE DENIED THE DEFENDANT JAIL CREDITED.

Exhibit A

3. Ala. Code 1975, 15-18-5, provides that upon conviction and imprisonment for any felony or misdemeanor, the sentencing court shall order that the convicted person be credited with all of his actual time spent incarcerated pending trial for such offense. Trial judge fail to compliance with this rule, the defendant seek to withdraw the plea of guilty and give the trial court an opportunity to rule on any alleged error and thereby preserve error in the record for appeal, or the defendant will raise the question of noncompliance in a timely filed postconviction proceeding.

26-10, 4. The trial judge fail to informed the defendant of his right to appeal as provided by Rule 26-9 (b)(4).

FILED IN OFFICE
OCT 07 2005

5. The defendant were misled of his sentence, He did not know He was pleading to a 15 years sentence, or a felony His counsel did not informed him of the additional consequences of his guilty plea He did not know He was being charge with three counts of controlled substance The defendant was not aware until pronouncement of Judgment and sentence. Defen will prove collateral proceeding. Because served over a year, defendant were sa to 15 year with a split one year.

Exhibit A

6. The plea was not voluntary, because the result of force, and threats, and promise was made to the defendant if he plea guilty. Rule 14.4(A)-(2).

Rule 14.4.2(E). The court shall allow withdrawal of a plea of guilty when necessary to correct a manifest injustice.

Wherefore, defendant, prays that the court will grant the motion and as a matter of right by law, and order an hearing to be held at the earliest possible time, or an order that an answer to the motion be filed by the court.

Respectfully submitted this the ____ day of Oct, 2005

_Layne Earl Jones_
Signature of Defendant

FILED IN OFFICE
OCT 0 7 2005

I declare under penalty of perjury that the above motion is true and correct.

10-4-05
Date

_Layne Earl Jones_
Signature of Defendant

I certify that I have this day served copy of this motion on the state DA/and all other to the action in the trial court. Larni...

Date: 10-4-05