IN THE District Court of Covington County, Alabama

LARYIE EARL JONES,
    Defendant,

VS.

STATE of ALABAMA,
    Plaintiff.

CASE No. CC-2003-418, 419-187

02/05/04 ORDER: There is nothing to indicate that the defendant is not allowed a bond with respect to this particular proceeding.

_/s/ Ashley McKathan_
M. ASHLEY McKATHAN, CIRCUIT JUDGE

FILED IN OFFICE
FEB 0 4 2004
_/s/ Clerk_
CLERK

Motion for Bond or Reinstate Bond

Come Now The Defendant, By And through LARYIE EARL JONES, PRO, SE), And move this honorable Court to set Bond or Reinstate Bond, And grounds therefore state the following:

1. Defendant state that he has submitted a motion to withdrawal of plea, on the January, 15TH, 2004, And a motion for Reinstated of Probation, on the January, 20TH, 2004, And has Not yet got any Respone from the Circuit Court.

2. Defendant state on 12-1-2003 the Circuit Court Revoked his Probation, The Reason because of A New Charge Case Number, CC-2003-419 The Court Advised him that he needed to go to New Life Center Christian Recovery Program, In Enterprise Alabama, He has got A letter from the Christian Recovery Program that they has Accept him, he suppose to go Febuary (9), 2004. This is the Reason for this Motion, The Defendant Need this Program, he Enclosure a Copy of letter, he Also has sent the Circuit Court a Copy, of the Same letter.

EXHibit D

DEFENdANT STATE THAT THE FEBUARY (9), 2004 HE NEED this COURT APROVE that he could go to the PROGRAM SINCE his CASE hAS BEEN CONTINUE till MARCH 16- 2004 At 4:00 PM FOR A SETTLEMENT CONFERENCE FoR both of his CASES.

4. DEFENDANT STATE If this COURT FAil to GRANT him A bond OR REins IF this COURT NEED SOMEONE to sign AND SAY that he will TAKE Full RESPONSIBILITY FOR the DEFENDANT that he will go to the PROGRAM to get the help he NEED, MR CHARLIE tillis will SIGN DE WORK FOR YEARS FOR MR. Tillis, DEFENDANT ENCLOSURE TWO COPYS WHERE MR. Tillis HAS SIGN him out on 8 HOUR PASS to do SOME WORK FOR him iN the PASS At the Covington County JAIL, DEFENDANT did Not give MR. Tillis ANY PROBLEMS, HE COMPLY with All Ru WHEREFORE, the DEFENDANT STATE REQUEST A BOND be SET OR REINSTATE BOND, OR MR. CHARLIE Tillis TAKE FULL RESPONSIBILITY AND hEARING held BEFORE FEBUARY (9), 2004, As PROVIDED BY LAW to determine IF A Bond should be GRANTED IN THE ABOVE - STYLED MATTE

RESPECTFULL SUBMITTED this the 29TH dAY of JANUARY, 2004. _Laryie Earl Jones_,
DEFENDANT.

I CERTIFY that A COPY of the FOREGOING PLEADING HAS BEEN SERVED UPON THE PLAINTIFF AND/OR D.A FOR All PARTIES to this PROCEEDING by MAiling the SAME to EACH by First CLASS UNITED STATES MAIL. PROPERLY ADDRESSED AND POSTh PREPAID OR BY PERSONAl SERVICE ON this the 29TH dAY of JANUARY, 2004.

_Laryie Earl Jones_