The forfeiture proceedings have been dismissed

EXHIBIT E

USE ON FORFEITURE OF BOND.

Dear Mr Roger A Powell,

This letter is to show good cause, for not appearing in Court on the 6-22-04. You have the wrong address that's why I didn't get any kind of notice from you because of the wrong address, and I was in Court in Geneva Jail for nonsupport. This letter also in the behalf of the names that sign my Bonds A $50,000 An A $25,000. I have response within 28 days. And judgment should not be made absolute. The day I got this papers order of conditional. The date July-22-04 at the County Jail. The names that sign my Bonds

Marilyn Lewis,
Robert Jackson,
Carolyn Jackson,
Mary Shelton,
J.B. Teppenpaw.

FILED IN OFFICE
AUG 0 3 2004
Roger A Powell
CLERK

Done this 29 day of August 2004