EXHIBIT (G)

# Request of Defendant for Production by State

State of Alabama
V.
Laryie Earl Jones
    Defendant

CC-2003-418-419-187
Case Number
State of Alabama
In the Circuit
Court of Covington
County.

Defendant, Laryie Earl Jones, Pro, sei, hereby requests the State of Alabama;

. To produce and permit the defendant to inspect and copy any written or recorded statements made by the defendant any law enforcement officer, official or employee which is within the possession, custody, or control of the State of Alabama, the existence of which is known the district attorney.

To produce and permit the defendant to inspect and copy any written or recorded statement made by a co-defendant or accomplice, which is in the possession, custody or control of the state, the existence of which is known to the district attorney and which the state intends to offer into evidence at trial.

EXHIBIT G

To disclose to the defendant the substance of any oral statement made by the defendant before or after arrest to any law enforcement officer, official or employee which the state intends to offer into evidence at trial.

To disclose to the defendant the substance of any oral statements made by a co-defendant or accomplice, before or after arrest to a law enforcement officer, official or employee, which the state intends to offer into evidence at trial.

To produce and to permit the defendant to analyze, inspect, and copy or photograph each of the following which are within the possession, custody or control of the state and which are material to the defendant's defense;

(Please list the books, papers, documents, photographs, objects, controlled substances, etc. and describe each of them)

To produce and permit the defendant to analyze, inspect and copy or photograph each of the following which are within the possession, custody or control of the state and which are intended for use by the state as evidence at trial;

EXHIBIT G

ERE List the books, papers, documents, photographs, objects, ntrolled substances, etc. And describe each of them]

To produce and permit the defendant to analyze, 'spect and copy or photograph each of the following hich are within the possession, custody or control the state and which were obtained from or elong to the defendant:

tere List the books, papers, documents, photographs, bjects, controlled substances, etc. And describe ch of them]

To produce and permit the defendant to inspect and copy e names and addresses of qualified mental health ofessionals who have personally examined the fendant or any evidence in this case.

To produce and permit the defendant to inspect and py the following results or reports made in connection ith this cases, which are within the possession, istody or control of the state, and whose existence known to the district attorney:

EXHibit
G

ERE DESCRIBE THE PHYSiCAl oR MENTAl EXAMiNATiONS ANd
iENTiFIC TESTS, EXPERIMENTS OR COMPARISONS, INCLUdiNG
WRITTEN REPORTS OR STATEMENTS MAdE by AN APPOINTED
NTAL HEALTH PROFESSIONAL IN CONNECTION WITH THESE
SES ]

To PERMIT THE dEFENdANT TO ENTER, FOR JUdgMENT
ACQUITTAL ANd THE LESSER INCLUdEd OFFENSE(S), OF
vLAWFUL POSSESSION OF DRUG PARAPHERNALIA, A CLASS
, MISdEMEANORS, COURT COST, ANd FINES, TIME
EVERED, THE FACTS IS dEFENdANT REQUEST TO ANALYZE ANd
PHOTOGRAPHS OF THE CONTROlled SUBSTANCES.
NSPECTION OF THESE PREMISES ANd OBJECTS IS REQUESTEd
ECAUSE THEY ARE MATERIAL TO THE PREPARATION OF THE
fENdANT'S dEFENSE OR ARE INTENdEd FOR USE by THE STATE
> EVIdENCE AT TRIAL.

7-10-04
DATE

_Sarjie Earl Jones_
DEFENdANT, PRO, SEl.

CERTIFICATE of SERVICE

CERTIFY THAT I SERVEd A COPY OF THE FOREGOING REQUEST OF
ENdANT FOR PROdUCTION BY STATE, ON THE DISTRICT
TORNEY by MAILING/dELIVERING A COPY OF SAME TO
IN THIS dATE, 9-10-04, _Sarjie Earl Jones_