EXHIBIT (H)

IN THE Circuit Court of Covington County ALABAMA

LARYIE EARL JONES,
    Defendant,

V.

STATE of ALABAMA,
    Plaintiff.

CASE No. CC-2003-187-418-4 ¶
CC-2004-347.

## Motion For Pre-Trial Determination of Admissibility of Evidence

Come Now The Defendant move this Honorable Court for Pre-Trial Determination of Admissibility of Evidence And As therefore States the following:

1. The defendant Aggrieved by An Allegedly Unlawful Search And Seizure And move the Court to Suppress for Use As Evidence Anything so obtained.

2. Order that the question of the Admissibility of Any Specified Evidence be Submitted for Pre-Trial determination

3. Hearing be Held So the Court Shall Receive Evidence on Any issue of Fact Necessary to determination of this Motion.

4. For good cause Shown the Court May Order that Any Party, Witness, or Attorney Refrain From Asking Certain questions, giving certain Answer or In Any Manner directly or indirectly Refer-

EXHIBIT H

ring to or ~~in any way~~ alluding to any otherwise inadmissible fact matter, or circumstance during the course of trial in the presence of jurors or the venire.

Wherefore the defendant prays that this Honorable Court grant his motion as a matter of law and a hearing be held at the earliest possible time.

Respectfull submitted this the 6 day of May 2005

                   Larjie Earl Jones
                   Defendant

Certificate of Service

I certify that a copy of the foregoing pleading has been served on the State D.A/ or for all parties to this proceeding by mailing the same to each by First Class mail ~~United State mail~~ ~~Properly~~ Address and Posted prepaid or by personal service on this the 6 day of May 2005.

                   Larjie Earl Jones
                   Defendant