EXHIBIT
(I)

IN THE CIRCUIT COURT OF COVINGTON COUNTY ALABAMA

EX PARTE LARYIE EARL JONES, :
     DEFENDANT, :
V. :
                                    : CASE NO: CC-2003-187-418-419
STATE OF ALABAMA, :                   CC-2004-347
     PLAINTIFF. :

Motion To Strike Surplusage From Indictment
or Information

Comes Now The Defendant LARYIE EARL JONES, Pro, Se, Pursuant To Rule 13.2(d), Alabama Rules of Criminal Procedure, The defendant Moves The Court For An Order Striking As Surplusage The Following Language:

1. For The Charges of A Controlled Substance, Wherever it Appears in The Indictments or Information.

2. As Grounds For This Motion, defendant Shows to this Court As Follows:

A. For The Charges of A Controlled Substance in the Indictments or Informations, Is Irrelevance And Inflammatory, Prejudicial Effect of Surplusage,

B. The defendant Has New Evidence, That The State Can Not Produce Any Amount of A Controlled Substa

EXHIBIT I

NCE, OR ANY (NOR) MEASURABLE AMOUNT OF A CONTROLLED SUBSTANCE, THE STATE NEED to PROVE BEYOND A REASONABLE doubt that there was A MEASURABLE AMOUNT OF CONTROLLED SUBSTANCE to SUPPORT A CONVICTION. United STATES. V. Sims, 529. F.2d 10, 11 (8TH Cir.1976).

C. THE defendant is CHARGE WITH A CONTROLLED SUBSTANCE IN EACH INDICTMENTS THE STATES HAS FAILED to PRODUCE A CONTROLLED SUBSTANCE Its INFLAMMATORY CHARGES.

D. THE defendant HAS SERVE OVER 15 MONTHS, FOR Something THAT THE STATES CAN NOT PRODUCE. And THERE is PREJUDICIAL EFFECT OF SURPLUSAGE.

WHEREFORE, defendant, PRAYS FOR AN ORDER by THE COURT Striking the AFOREMENTIONED LANGUAGE WHENEVER AND WHEREVER it APPEARS in the INDICTMENT OR INFORMATION.

RESPECTFULLY SUBMITTED THIS THE 16 day of SEP, 2005

_____
SIGNATURE OF DEFENDANT

I declare UNDER PENALTY OF PERJURY THAT THE ABOVE PLEADING is TRUE AND CORRECT.

9-16-05
DATE

_____
SIGNATURE OF DEFENDANT