EXHIBIT (J)

IN THE CIRCUIT COURT OF COVINGTON COUNTY ALABAMA

LARYIE EARL JONES,
    Defendant,

V.    CASE No. CC-2003-187-418-419

STATE OF ALABAMA,
    Plaintiff

**DENIED** October 25, 2005 — Circuit Judge

MOTION FOR A BAIL PENDING THE HEARING OF ARRAIGNMENT TO WITHDRAW PLEA OF GUILTY

OCT 2 4 2005

COMES NOW THE DEFENDANT LARYIE EARL JONES, PRO, SE, MOVES THIS HONORABLE COURT FOR A BAIL PENDING THE HEARING OF ARRAIGNMENT TO WITHDRAW PLEA OF GUILTY, AND AS THEREFORE STATES THE FOLLOWING GROUNDS:

1. The defendant has a strong family ties, and his family assured employment, he will be working for Mr Charlie Tillis, defendant apparent determination to live a useful and productive life, defendant is not a flight risk, he not danger to community or pose danger to any other person, he has been liveing in Covington County for 15 years. Defendant wife is bad off sick and he need to be there for her, Defendant did write his counsel tell him about his wife and he never answer his letter. Charlie Tillis will be responsible for the defendant if he be release.

MR TILLIS NEED Him to WORK FOR Him.

2. DEFENDANT COUNSEL IS STILL INEFFECTIVE ASSISTANCE BECAUSE HE FAIL TO GIVE HIS COMPLETE LOYALTY, AND FAILING TO SERVED DEFENDANT CAUSE IN GOOD FAITH AND TO THE BEST OF HIS ABILITY, DEFENDANT REQUST BAIL PENDING HEARING FOR THE 11-8-05.

3. THE DEFENDANT HAS FILE AN APPEAL, AND HE REQUESTS THAT THIS motion BE TREATED AS A MOTION TO VACATE SENTENCE BECAUSE OF LEGAL ERROR COMMITTED DURING TRIAL HE IS ENTITLED TO BAIL PENDING APPEAL, DEFENDANT HAS DEMONSTRATE THAT HE HAS SUFFICIENT LEGAL MERIT TO CREATE GENUINE CONCERN THAT HE IS WRONGFULLY HELD IN CUSTODY PENDING APPEAL. U.S V. MACDONALD D.C.N.C.1979, 485 F. SUPP. 1087, U.S V. SCHIAVO, C.A. MASS, 1978 587 F.2d 532.

WHEREFORE, THE DEFENDANT PRAYS THAT THE HONORABLE COURT GRANT HIS MOTION AND A REASONABLL BAIL BE SET AT THE EARLIEST POSSIBLE TIME AS A MATTER OF RIGHT BY LAW. OCT 24 2005

RESPECTFULLY SUBMITTED THIS THE 20 DAY OF OCT, 2005            Larrie Earl Jones
                                                                Signature of defendant.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE MOTION IS TRUE AND CORRECT.

10-20-05                                                        Larrie Earl Jones
DATE                                                            Signature of defendant

EXHIBIT J

## CERTIFICATION OF SERVICE

I CERTIFY THAT I HAVE THIS DAY SERVED COPY OF THE FOREGOING MOTION AND PLEADING ON THE STATE D.A. AND FOR ALL PARTIES TO THE ACTION IN THE TRIAL COURT ON THIS THE 20 DAY OF OCT, 2005.

_Lovjie Earl Jones_
SIGNATURE OF DEFENDANT

FILED IN OFFICE
OCT 2 4 2005