EXHIBIT (K)

In the Circuit Court of Covington County, Alabama

STATE OF ALABAMA,
  Plaintiff

vs.

LARRYIE EARL JONES,
  Defendant

Case Numbers
  CC-2003-187
  CC-2003-418
  CC-2003-419
  CC-2004-347

## CONSENT TO CONTINUANCE

I, Larryie Earl Jones, do hereby consent to my cases being continued by the Court from their current trial setting (June 30, 2005). I also understand that I have an ongoing Motion for Speedy Trial.

I have discussed the continuance and the Speedy Trial Motion with my attorney. I understand my rights and knowingly, voluntarily and intelligently consent to the continuance of the trial.

Done this 27th day of June, 2005

_____
Witness

_____
Witness

_____
Laryie Earl Jones

EXHIBIT
K

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, } | |
| PLAINTIFF, } | |
| VS. } | CASE NO: CC-03-419 |
| LARYIE EARL JONES } | |
| DEFENDANT. } | |

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, **Laryie Earl Jones** by and through his counsel of record, A. Riley Powell, IV, and moves this Honorable Court to continue his trial, currently scheduled for the Week of June 27, 2005 and as grounds therefor sets down and assigns the following:

1. Counsel for Defendant was just recently appointed.

2. Counsel for Defendant has not had adequate time to prepare his case.

3. See attached Consent to Continuance executed by the Defendant.

Respectfully submitted this __27__ day of __June__, 2005.

**GRANTED**
June 28, 2005
_____
CIRCUIT JUDGE

FILED IN OFFICE
JUN 27 2005
_____
CLERK

THE POWELL LAW FIRM, P.C.

By: _Riley Powell_
A. Riley Powell, IV (POW029)
Post Office Drawer 969
Andalusia, Alabama 36420
334/222-4103