| Covington County Sheriff | INMATE DATA | Booking Number 200005606 |
|---|---|---|
| Printed: Sat Sep 17, 2005 | LARYIE EARL JONES (S416887473) | Booking Date JULY 14th, 2004 |

| Section A-BLOCK | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address | | Home Telephone |
|---|---|---|

| Sex | Date of Birth | Age | Height | Weight | Race BLACK | Eyes BROWN | Hair BLACK |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin | NOK Telephone |
|---|---|

| Charge(s): FTA--POCS/PODP--CC2003 418  FTA--POCS/PODP--CC2003 419 | Bond NO BOND |
|---|---|

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|

| Admission Type | Phone Call | NCIC Check |
|---|---|---|

| Arrest Case Number | DNA Sample By |
|---|---|

| Agency Arrested For COV COUNTY | Arresting Officer 00339 INABINETT, CHRIS |
|---|---|

| Agency Hold For GENEVA COUNTY--COFFEE CO | |
|---|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

C. INABINETT SERVED ON 7-15-04
WARRANTS: PODP, POCS-SERVED 7-21-04 BY W. SPOON RELEASE DATE
9/23/04 GJ2004503-04: POCS, PODP---200,000 SERVED ON 10-18-04

BY 2311