RECEIVED
2006 JAN -6  A 9:44
DEBRA P. H
U.S. DIST
MIDDLE D

DATE-1-3-06
Civil Action No: 2:05-CV-701-F

Dear District Clerk

This is my new mailing address
Laryie Earl Jones - AIS - 156640
P.O. Box 156,
Mount Meigs, AL 36057.

The Petitioner has mail to the lawyer for Respondents a true copy of this new address Done this the 3 day of Jan, 2006.   _Laryie Earl Jones_
                                                         Signature of Petitioner

Address of Counsel
Office of the Attorney General
11 South Union St
Montgomery AL 36130-0152

LARYIE EARL JONES
Ais-156666
P.O. Box 156,
Mount Meigs, AL 36057

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
P.O. Box 711
Montgomery AL 36101-0711