IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LARYIE EARL JONES                    *

    Petitioner,                       *

      v.                           *      2:05-CV-701-MEF

ANTHONY CLARK, *et al.*,              *

    Respondents.                      *

_____

**ORDER ON MOTION**

Petitioner filed a Motion to Amend Petition on January 6, 2006.   The motion has been read, considered, and shall be denied.  The issues presented in Petitioner's motion have either been previously raised and addressed  or concern  matters related to a conviction entered against Petitioner subsequent to his filing this § 2241 petition and are, therefore, not appropriate for review in this proceeding.

Accordingly, it is ORDERED that Petitioner's Motion to Amend (Doc. No. 22) is DENIED.

Done this 10th day of January 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE