IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| LARYIE EARL JONES | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-701-F |
| ANTHONY CLARK, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's January 12, 2006 Motion to Amend Petition, and upon review of the pleadings and documents heretofore filed in this matter, it is

ORDERED that the motion (Doc. No. 25) be and is hereby DENIED.

Done this 17th day of January 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE