RECEIVED
2006 FEB 17 A 9 53

Civil Action No.
2:05-CV-701-F
2:06-CV-67-MEF

Dear Clerk of Middle District Court
I Laryie Earl Jones, Am inform you of my New Address, I Am Back At The Covington County Jail, 290 Hill Crest Drive, Andalusia Alabama 36420.

I Hereby Certify That on This 15 day of Feb, 2006, I Served A Copy of The Foregoing on The Attorney General, 11 - South Union Street, Montgomery, Alabama, 36130-0152

*Laryie Earl Jones*
Signature of Petitioner

LARYIE EARL JONES
AIS-156610
Covington County Jail
290 Hillcrest Drive
Andalusia, AL 36420

36101+0711

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711