IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHRN DIVISION

2006 FEB 23 A 10:20

LARYIE EARL JONES,
   PETITIONER,

VS.

ANTHONY CLARK,
   RESPONDENTS.

Civil Action No.
2:05-CV-701-MEF-DRB

WITH PERMISSION OF THE COURT AND UNDER CONSIDERATION PENDING, PETITION FOR WRIT OF HABEAS CORPUS AND BAIL, STATE PROSECUTION REMOVED TO FEDERAL COURT.

TO: HONORABLE DELORES R. BOYD, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA.

THE PETITIONER HEREIN RESPECTFULLY PETITION THIS COURT THAT A WRIT OF HABEAS CORPUS CUM CAUSA BE ISSUED DIRECTING THE SHERIFF OF COVINGTON COUNTY TO PRODUCE BEFORE THIS COURT FORTHWITH LARYIE EARL JONES WHO IS PRESENTLY IN HIS CUSTODY HELD WITHOUT BAIL SINCE JULY 14 2004.

STATE COURT CRIMINAL PROSECUTIONS OF THE PETITIONER HAVE BEEN DULY REMOVED TO THIS COURT PURSUANT TO THE PROVISIONS OF 28 U.S.C. SEC 1443 (1) AND (2), JURISDICTION HAS CEASED IN THE STATE COURT, AND JURISDICTION HAS VESTED IN THIS COURT.

PETITIONER IS ILLEGALLY AND WITHOUT JURISDICTION BEING HELD IN THE CUSTODY OF THE RESPONDENTS.

A WRIT OF HABEAS CORPUS IS PRAYED FOR PURSUANT TO THE PROVISIONS OF 28 U.S.C. SEC. 1443 ET-SEQ.

PETITIONER PETITION THIS COURT FOR AN ORDER RELEASING HIM FORTHWITH IN HIS OWN RECOGNIZANCE OR, IN THE ALTERNATIVE FOR AN ORDER SETTING REASONABLE BAIL.

RESPECTFULLY SUBMITTED THIS THE 17 DAY OF FEB, 06

*Laryie Earl Jones*
SIGNATURE OF PETITIONER

I declare under penalty of perjury that the above petition is true and correct.

2-17-06

*Sargie Earl Jones*
Signature of Petitioner

Certificate of Service

I certify that a copy of the foregoing petition has been served upon Attorney General to this proceed by mailing the same by first class mail United States Personal Service on the 17 day of Feb. 2006.

*Sargie Earl Jones*
Signature of Petitioner