IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARYIE EARL JONES | * | |
| Petitioner, | * | |
| v. | * | 2:05-CV-701-MEF |
| ANTHONY CLARK, *et al.*, | * | |
| Respondents. | * | |

**ORDER ON MOTION**

Pending before the court is Petitioner's *Motion for Court Ordered-Release*. Specifically, Petitioner requests that the undersigned issue an order directing his release from the Covington County Jail on his own recognizance, or alternatively, issue an order setting reasonable bail.

Petitioner's motion has been read, considered, and shall be denied. He appears to be under the misapprehension that his state court criminal proceedings have been removed to this court thereby vesting this court with jurisdiction to grant the requested relief.[1] The basis for Petitioner's motion is unfounded, and accordingly, it is **ORDERED that *Petitioner's Motion for Court Order* (Doc. No. 28) be and is hereby DENIED.**

Done, this 24th day of February 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner references a writ of *habeas corpus cum causa* also known as *habeas corpus ad faciendum et recipiendum*. This writ may issue "in civil cases to remove the cause, as also the body of the defendant, from an inferior court to a superior court having jurisdiction, there to be disposed of." BLACK'S LAW DICTIONARY 638 (5th ed. 1979).

Case 2:05-cv-00701-MEF-TFM   Document 29   Filed 02/24/2006   Page 2 of 2