1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -9 A 10:06

LARYIE EARL JONES,
  PETITIONER,
VS.                         CIVIL ACTION No:
ANTHONY CLARK,              2:05-CV-701-F
  RESPONDENT'S.

WITH PERMISSION OF THE COURT MOTION TO SUBMIT NEWLY DISCOVERED EVIDENCE

Comes Now The Petitioner LARYIE EARL JONES, Pro, Se, Moves This Honorable Court To Submit Newly Discovered Evidence, And As Therefore States The Following Grounds;

1. On or About 1-3-06 The Petitioner were sent to Kilby Correctional Facility without being adjudged guilty of any crime, The Newly Discovered Evidence i's bear on Constitutionalty of Petitioner detention, because The Trial Judge has disqualify himself. because of Judicial Ethics Canon 3(c)(1), And ~~been~~ wrongdoing.

2. On or About The 2-14-06 The New Assigned Trial Judge order the Petitioner To Return to the Custody of The Covington County Jail for Court on 2-15-06. See Exhibit (A).

3. The Newly Discovered Evidence must bear on,

2. CONSTITUTIONALTY OF PETITIONER DETENTION, BECAUSE A HEARING WAS HELD ON THE 2-15-06, THE REASON FOR THE HEARING WAS TO REINSTATE CASE CC-2004-347, WHICH THE MOTION WAS FILE BY THE STATE D.A, IT WAS GRANTED. (COUNSEL CAUSE MORE DELAY)

4. NEWLY DISCOVERED EVIDENCE MUST BEAR ON CONSTITUTIONALTY OF PETITIONER DETENTION, BECAUSE INEFFECTIVE ASSISTANCE OF COUNSEL AT THE HEARING 2-15-06, PETITIONER REQUESTS HIS COUNSEL TO FILE A MOTION FOR BAIL, COUNSEL SAID THAT HE COULD NOT HAVE A BOND AND YOU SHOULD HAVE KEPT THE PLEA OF GUILTY YOU ARE NOT GETTING OUT OF JAIL. PETITIONER AND HIS COUNSEL WENT BEFORE THE TRIAL JUDGE, COUNSEL MOTION FOR CONSOLDATED OF ALL CASES TO BE TRY SEPARTE, WITHOUT CONSENT OF PETITIONER THAT MOTION WAS GRANTED BY THE NEW ASSIGNED JUDGE. COUNSEL TOLD PETITIONER THE FIRST TRIAL IS SET FOR MAR, 2006, AND THE NEXT ONE JUNE 2006, AND THE NEXT ONE IN AUG 2006, AND THE NEXT MAYBE IN SEPT 2006, HE SAID PETITIONER WILL HAVE TO SET IN JAIL UNTIL SEPT 2006. PETITIONER REQUEST HIS COUNSEL TO SEND COPYS OF THE DOCUMENTS OF THE HEARING WAS HELD 2-15-06, HE HAS NOT YET SENT THEM, IT IS NECESSARY FOR EVIDENTIARY HEARING UPON GOOD CAUSE SHOWN BY PETITIONER, BECAUSE OF THE NEWLY DISCOVERED EVIDENCE MUST BEAR ON CONSTITUTIONALTY ON PETITIONER DETENTION, HELD WITHOUT BAIL, STATE ENGAGES IN DISCRIMINATORY AND ARBITRARY ADMINISTRATION OF BAIL SYSTEM. RESPECTFULLY SUBMITTED THIS THE 6 DAY OF MAR 2006.

_____
SIGNATURE OF PETITIONER

3

Case 2:05-cv-00701-MEF-TFM    Document 30    Filed 03/09/2006    Page 3 of 3

WHEREFORE PETITIONER HAS SERVED A LONG LENGTH OF CONFINEMENT AT COVINGTON COUNTY JAIL SINCE JULY 14 2004, BECAUSE OF LONG LENGTH OF CONFINEMENT, SEE EXHIBIT (B), PETITIONER WAS TESTED AT KILBY CORRECTIONAL FACILITY, PETITIONER FEAR FOR HIS LIFE BECAUSE HE IS NOT GETTING HIS MEDICATION EVERY DAY, HE NEED TO BE AT HOME HE HAS GOT (7) OF SIGNS SYMATOMS, HE HAS BEEN DENIED MEDICATION AND TREATMENT. PETITIONER HAS SHOW OF EXCEPTIONAL CIRCUMSTANCES, AND A DEMONSTRATION OF A CLEAR CASE ON THE MERITS OF THE HABEAS PETITION, AND HEALTH EMERGENCY EXISTED HE HAS HIGH BLOOD PRESS IT UNDERBLE CONTROLLBLE IT STAYS HIGH 180/115 AND HE FEAR FOR HIS LIFE, PETITIONER PRAYS FOR PRECEDENTS IN THIS SITUATION THAT THIS COURT ISSUANCE OF AN ALTERNATIVE FORM OF ORDER BY THIS COURT WHEREBY THE STATE IS GIVEN VARIOUS ALTERNATIVES WHICH INCLUDE RELEASE OF THE PETITIONER AS ONE ALTERNATIVES, WHICH PROVIDE FOR RELEASE OF THE PETITIONER IF NONE OF ALTERNATIVES IS MET, OR ENLARGE PETITIONER ON BOND, PENDING DECISION ON HABEAS CORPUS PETITION, BECAUSE PETITIONER WILL JUST SET IN JAIL, HAS HE SET IN JAIL ENOUGH? HE NO LONGER ENJOYS THE PRESUMPTION OF INNOCENCE. HE NEED AN OPPORTUNITY TO BE RELEASE SO HE COULD GET HIM A COUNSEL.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. 3-6-06
DATE

Signature of Petitioner

I CERTIFY THAT A TRUE COPY OF THE FOREGOING MOTION HAS BEEN SERVED UPON ATTORNEY GENERAL BY MAILING FIRST CLASS MAIL UNITED STATES PERSONAL SERVICE ON THE 6 DAY OF MAR, 2006