

**COPY**
SERVE ON DEFENDANT

| | | |
|---|---|---|
| **STATE OF ALABAMA,** | * | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | * | COVINGTON COUNTY, ALABAMA |
| VS. | * | CASE NO. CC-03-187, |
| **LARRY EARLE JONES,** | * | CC-03-418, CC-03-419, |
| DEFENDANT. | * | CC-04-347 |

### ORDER

It having been brought to the Court's attention that the above named Defendant is presently in the custody of the Department of Corrections of the State of Alabama and it being necessary that said Defendant be returned to the custody of the Covington County, Alabama Jail for Court; it is,

Therefore ORDERED and ADJUDGED by the Court that the Sheriff of Covington County, Alabama, remove said Defendant from the custody of the Alabama Department of Corrections to the Covington County, Alabama Jail for Court on February 15, 2006.

It is further ORDERED by the Court that copies of this order be furnished to the Department of Corrections of the State of Alabama; the Sheriff of Covington County, Alabama; the District Attorney, 22nd Judicial Circuit of Alabama; the Attorney of Record for the Defendant and the Defendant.

Done this 13th day of February, 2006.

CHARLES A. SHORT
CIRCUIT JUDGE

FILED IN OFFICE

FEB 14 2006

CLERK