IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| LARYIE EARL JONES | * | |
| Petitioner, | * | |
| v. | * | 2:05-CV-701-MEF |
| ANTHONY CLARK, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Submit Newly Discovered Evidence, and for good cause, it is

ORDERED that the motion (Doc. No. 30) be and is hereby DENIED.

Done, this 13th day of March 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE